**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) ) ) ) v. ) ) **KHAN MOHAMMED** ) ) ) | **Criminal  No.: 06-357(CKK)** |

## ORDER

That upon consideration of Mohammed Khan's Motion to Suppress Statements, in

relation to the above-captioned case it is hereby,

**ORDERED** that all statements made by Mr. Khan on the scene of his arrest and

thereafter on October 29, 2007 are suppressed.

**SO ORDERED**

_____
COLLEEN KOLLAR-KOTELLY.

_____
DATE                                                              UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Matthew Stiglitz
Trial Attorney
United States Department of Justice
1400 New York Ave., The Bond Building
8th Floor
Washington, D.C. 20530