Before we ask you any questions, you must understand:

— You have the right to remain silent.

— Anything you say can be used against you in court.

— You have the right to talk to a lawyer for advice before we ask you any questions and to have a lawyer with you during questioning.

— If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

Do you understand ?

Are you willing to answer some questions ?