**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 3, 2006**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **KHAN MOHAMMED,** | : | **VIOLATIONS:** |
| | : | |
| **Defendant** | : | 21 U.S.C. § 959 |
| | : | (Distribution of One Kilogram or More of |
| | : | Heroin Intending and Knowing that the |
| | : | Heroin Will Be Unlawfully Imported into |
| | : | the United States) |
| | : | |
| | : | 21 U.S.C. § 960a |
| | : | (Engaging in conduct violating 21 U.S.C. |
| | : | Section 841(a), knowing and intending to |
| | : | provide anything of pecuniary value to a |
| | : | person or organization engaged in |
| | : | terrorism or terrorist activity) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. § 853 |
| | : | (Notice of Forfeiture) |
| | : | |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about October 18, 2006, in Afghanistan, the defendant, **KHAN MOHAMMED,** did

knowingly and intentionally distribute one kilogram or more of a mixture and substance containing

a detectable amount of heroin, a Schedule I narcotic drug controlled substance, intending and

knowing that such substance would be unlawfully imported into the United States; all in violation

of Title 21, United States Code, Sections 959 (a)(1), 959(a)(2) and 960(b)(1)(A) and Title 18, United

1

States Code, Section 2.

## COUNT TWO

From on or about August 1, 2006 and continuing thereafter up to and including October 29, 2006, the exact dates being unknown to the Grand Jury, in Afghanistan, the defendant, **KHAN MOHAMMED** and others unknown to the Grand Jury and not indicted herein, did knowingly, intentionally and unlawfully engage in conduct that would be punishable under Title 21, United States Code, Section 841(a), if committed within the jurisdiction of the United States, that is, to knowingly and intentionally manufacture, distribute, and possess with intent to distribute: (1) one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and (2) opium, a Schedule I narcotic drug controlled substance; knowing and intending to provide, directly and indirectly, anything of pecuniary value to any person and organization that has engaged and engages in terrorist activity and terrorism, having knowledge that the said person and organization has engaged and engages in terrorist activity and terrorism; all in violation of Title 21, United States Code, Sections 960a, 841(a), 841(b)(1)(A)(i) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

1.      The allegation in Count 1 of this indictment is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offense alleged in Count 1, the defendant, **KHAN MOHAMMED** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or

part to commit or to facilitate the commission of the violation alleged in Count 1 of this indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

   a.      cannot be located upon the exercise of due diligence;

   b.      has been transferred or sold to, or deposited with, a third person;

   c.      has been placed beyond the jurisdiction of the Court;

   d.      has been substantially diminished in value; or

   e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON


_____
Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530


_____
Matthew Stiglitz, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530