**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                                |     |                              |
| ------------------------------ | --- | ---------------------------- |
|                                | )   |                              |
|                                | )   |                              |
| **UNITED STATES OF AMERICA**   | )   |                              |
|                                | )   | **Criminal  No.: 06-357(CKK)** |
| **v.**                         | )   |                              |
|                                | )   |                              |
| **KHAN MOHAMMED**              | )   |                              |
|                                | )   |                              |
|                                | )   |                              |

**O R D E R**

Upon consideration of Defendant' Motion In Limine to Exclude Evidence of Missiles,

Taliban Insurgency, Taliban Cells, and Allegations of a Prior History of Drug Trafficking

pursuant to Federal Rule of Criminal Procedure 401, 403, 404(b), and the Sixth Amendment to

the United States Constitution it is hereby

   **ORDERED** that the Defendant's Motion is **GRANTED** and it is

   **SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY.
_____                          UNITED STATES DISTRICT JUDGE
DATE

Carlos J. Vanegas, Danielle Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Matthew Stiglitz
Trial Attorney
United States Department of Justice
1400 New York Ave., The Bond Building
8th Floor
Washington, D.C. 20530