## U.S. vs. Khan Mohammad
Exhibit 2A

Date:            August 18, 2006
Length:          1:29:16
Participants:    Khan Mohammad (KM)
                 Jaweed (JW)
                 Unidentified Male 1 (UM1)
                 Unidentified Male 2 (UM2)
                 Officer Haji Latif (HL)
                 Doctor (Doctor)
                 Unidentified Female 1 (UF1)
                 Unidentified Child 1:  (Child)
                 "Teacher"              (Teacher)

**Line#  Speaker:        Statement**

| Line# Speaker Statement | |
|---|---|
| **00:22** <br> 1    JW:    Khan Mohammed.  How are you? | ۱- م : خان محمده ستری مشی <br><br> **( ۲۲:۰۰ )** |
| 2    KM:    Good.  Are you well? | ۲- خ م : شه یی پخیر. |
| 3    JW:    How is everything?  Are you in good? | ۳- م : ښه یی قراری ده طبعت د ښه دی قراری د ه خنګه یی. |
| 4    KM:    How are you?  Is your health good? | ۴- خ م : څنګه یی ؟ طبعت دی ښه ده |
| 5    JW:    Where are you, you fool? I told you several times that we will get together and talk about that subject.  I swear that we have problems getting involved with them. | ۵- م : چیرته یی وخرکوسه تا نه څواری ما ویلی یاره ګپ لګوو ، کینو سره او دا مسله باند ی خبری وکرو سره . دوی سره خو مونږ ه هسی په الا نجه والله چه ککر شو . |
| 6    KM:    Did you get the thing? | ۶- خ م : شی دی پیدا کری دی |
| 7    JW:    I have got the thing also got the missiles too.  I have them ready according to the price you told me to find the missiles. What did you do about the mines? | ۷- م : شی می هم پیدا کری مزایل می هم پیدا کری ، تیار مانه چه هغه کوم نرخ تا را کروونجه یار مزایل پیدا کره تا ما ینونه څنګه کرل؟ |
| 8    KM:    The mines, it is a little. God willing, will find it. | ۸- خ م : ماینونه خو لږ هغه د ی انشاالله پیدا به شی |
| 9    JW:    So, it is done.  It has been | ۹- م : خو شوی دی نو پیدا شوی دی کنه |

1

| | |
|---|---|
| found, yes? | |
| **00:58**<br>10   KM:   It is done.  God willing, I have the source.  We are trying for them to get more weapons and things like that for us.  I have some weapons and the fact that you got these things, it is very good news. | ۱۰- خ م : شوی دی انشاالله درک شته دی او نور هم هغی پلو کو ښنښ کووم چه سلاح او دا شیونه میونه مور ته ډیر راپیدا کو. سلاح یو څه لرم خو چه تا دا شیان پیدا کرل دا ډیر ه ښه خبره ده<br>(۵۸:۰۰) |
| 11   JW:   Look, I have placed that thing some where.  If you want to put this thing in your homes, then I will bring it.  If you cannot place it in your home and want to keep it somewhere else, we both should have an understanding. | ۱۱- م : هغه شی ګوره ما پځا ی کری دی . دا شی که ته په کور کی اږدی چه یی را و مه او که کورکی نشی اېنودی دی بل چیرته هم اږدی چه به خبری څان سری پوه کری کنه |
| 12   KM:   You and I are friends. | ۱۲- خ م : دا خو زما او ستا اندیوالی ده کنه |
| 13   JW:   Yes. | ۱۳- م : هو |
| 14   KM:   And we cannot reveal our secret to others. | ۱۴- خ م : او بل چا ته خو راز هم نه شو ښکاره کولای |
| 15   JW:   Yes | ۱۵- م : ښه |
| 16   KM:   Then, we will do like this, we will bury this away from home.  This is a disgraceful act and there are many informers. | ۱۶- خ م : نو داسی به وکرو چه د ا به مونږ او تا سی له کوره لیری ښنخه و په دی کی نام بدی ده  شیطان ډیر دی |
| 17   JW:   Yes | ۱۷- م : ښه |
| 18   KM:   And we will put it in such a place where no one can get an idea. | ۱۸ خ م : او داسی ځای که به یی کیردو چه دا سی دچاورته فکر  ورته نوی. |
| 19   JW:   Yes | ۱۹- م : ښه |
| 20   KM:   Then we will place it there.  So the informers will not search the house. | ۲۰- خ م : نو هلته یی کیردو او مطلب چه شیطا نان هم پر کور تلا شی ونه کری. |
| **01:48**<br>21   JW:   The point is that there is enemy chasing you and an enemy after me.  In these days if you take even one step with these people, the entire world would know what these people are up to. | ۲۱- م : خبره دا سی ده چه دښمن  تا پسی هم دی او ما پسی هم دی نن دی خلکو سره چه دی یو قدم هم دا خیسته غنډه دنیا درباندی پو هیری چه دی خلکو څه حرکت وکر څان به ډیر مخفی وساتو او دغه شی که دا سی یو ځای کی کیردو چه څوک پوه نشی دا باند ی او دا شی هم کیردو نو دی سوچ برابر کره چه کله شی راغی |

| English | Pashto |
|---|---|
| We have to keep our secret and keep this thing in a place where no one will know. You have to think as to where you want to place this thing and what to do with it. | خه پری وکړو. |
| 22     KM:     Absolutely.  We trust you, and when we bring it here, we cannot tell anyone else. | ۲۲- خ م : بلکل ـ زمونږ خو اعتبار دی پتا باندی چه مونږ یی راورو بل چا ته ویلی هم نشو . |
| 23     JW:     Yes | ۲۳- م : هنه |
| **02:16**<br>24     KM:     I will also blow up the mines there.   I have blown them up around the Dago Sar [Top of the hills] and blown them up around the Red Castle.  The fact that you are my new associate, this is a secret between you and me.  Then, God willing, there is money and everything in this.  These are infidels we will kill them and we will continue our Jihad with blessing. | ۲۴- خ م : ما ينو نه هم الوزه ومه ، پاس به دغه کی هم الوزو لی می د ی په دا گو سر کی می هم والوزولی دی په سره کله کی می کری دی نو ته زما نوی اندیوال ی دا زما او ستا راز دی او بس انشاالله  چه پیسی هم پکی شته هر خه پکی شته او کا فر دی وژنو به ی او جهاد به خپل له خیره کوو. |
| 25     JW:     Look!  The fact that I agreed to this operation, I swear that I did this because of you.  My friend, if you were not with me in here, I would not have done this work at all and I would have been working to earn my living.  Based on the instruction of these people when they told me to work together with Khan Mohammed and I said Khan Mohammed is my long time friend.  I said if Khan Mohammed keep my secret and I keep his secret.  When two people work together they can do anything.  Now about the subject of Kunar as you told me before that we will go to Kunar.  Now look, about the [trip] of Kunar, like a person with one wing [alone] neither you nor I can leave home and I am sick and in this condition. | ۲۵- م : گوره زما  چه دا کار ته غاره اینی ده کنه ما فسم دی چه  ستا په دا د باندی م غاره اینی ده چه یاره ته ماسره نوی پد ی خایکی ما بیخی دا کار هم نکوه . نو خپله خواری اوغریبی می کوله چه د هغو خلکو به هدف چه ما ته یی وویلی چه یاره ته خان محمد سره خان غاره کړه کنه خان محمد سره ، نو نو ما ویلی چه خان محمد خو زما پخوا نی ملگری د ی ، خان محمد چه زما راز وساتی او زه د خان محمد راز وساتمه کنه ، دوه کسان چه کار وکری هغه هر خه کولای شی ، خو پاتی شو د کنر په حساب باند ی چه تا ما ته مخکی خبره کری وه کنه چه یاره کنر ته خو خو کنر ته په خپله وگورو چه یاره یو وزری سری ی ته هم له کوره نشی وتلی او زه هم نشم وتلی مریض یم په دغه حال باندی یمه . |
| 26     KM:     Yes, absolutely, no, we are not going to Kunar.  We will continue our | ۲۶- خ م : بلکل و.  نه کنر ته خو نخو موز وتاسی په خپل وطن کی فعالیت کوو . او چه زمونږ ه هر خه کوو |

| | |
|---|---|
| action in our country.  Whatever we do, here are a lot of [opportunities].  We can place and explode bombs and fire missiles toward the airport. | هر څه دلته ډير دی کولای شو چه مونږ او تاشی بمبونه هم کيردو مزايل هم خوشی کړو دتيارو په ميدان باند ی. |
| 27      JW:     Yes | ۲۷- م : بنه |
| 28      KM:     And to hit them with. This will be our Jihad and this will make us the [money] for our expenses. | ۲۸- خ م : او پری ويولو همدغه کی زما او ستا سو جهاد دی او همدغه کی زمونږ او ستا سو خرچی هم راوزی . |
| 29      JW:     What is the target of these people?  The fact that they fire missiles to the airport, do they want to shoot the foreigners [Westerners] or the local people? | ۲۹- م : ددی خلکو هدف څه شی دی ؟ کنه چه ددی خلکو هدف چه دوی په ميدا ن هوای باندی ميزايل خوشی کوی  انګريزانو باندی خوشی کوی که نه په داخلی کسانو باند ی |
| **03:52** 30      KM:     What they do is to kill the Americans.  The Americans are infidels and Jihad is allowed against them.  If we have to fire [the missiles] toward the airport, we will do it and if not the airport, wherever they are stationed we will fire at their base too. I mean we have to use the mines too.  God willing, we and you will keep doing our Jihad. | ۳۰- خ م : دا داسی کو ی چه امريکا نيان مطلب وژنی . امريکانيان کافر دی او جهاد پر ی کيدای شی او که طيارو ميدا ن کی ور خوشی که هلته يی هم ورخوشی کوو ، او که طياره ميدان کی نوی او بل ځای کی هم قرار ګاه ونسی ،هم ی پر ی اچو و مطلب دما ينوله لاری هم کار اخلو او انشاالله مونږ او تاسی به خپل جهاد کوو. |
| 31      JW:     Buddy!  I believe one hundred percent that these people, the Taliban, will stand up again and God willing, they will resist and these people will have to keep out of here and cannot remain here. | ۳۱- م : ياره زه خو سل په سلو کی تصميم داسی لرم چه ياره دا خلک به بيرته راپور ته کيردی دا طالبان دا بيرته راپور ته کيری او انشاالله چه دا خلګ به له دی ملک نه به وزی او پاتی کيری به نه . |
| 32      KM:     God willing, I will take you there and make you sit there. | ۳۲- خ م : او انشاالله زه به تا بوزمه او بيا به دی کينومه .ورسره بنه سهی |
| 33-      JW:     Yes. | ۳۳- م : هه |
| 34-      KM:     God willing, when this operation is done, then I will take you and make you sit with them, with Habibzai and all the others. | ۳۴-- خ م : : بس انشاالاه چه دا کار وشی بيا زه دا بوزمه بيا دی ورسره کشينه وم د حبيب زی سره هغه سره او تولو سره به دی کينوم. |

4

| | |
|---|---|
| 35-    JW:    I have not exchanged two words with Habibzai yet.  It was Abdul Rahman who told me to get in touch with you.  If it were not for the recommendation of Abdul Rahman, I would not have seen you either. He told me that you are his man, you are fully active on their behalf and he said whatever I need or whatever problem I have to get in touch with you.   I said, "OK, it is alright." | ۳۵ـ م : ما حبیب زی سره تر اوسه پوری دوه خبری هم ند ی کری دوه خبری حبیب زی سره ما ته خو همغه عبدرحمان وویلی چه یاره نه ده سره وگوره ، که که عبدرحمان خبره نو ی تاسره هم نه لیدل هغه ما باند ی سپارښتن وکړ چه دا زمونږ سړی دی او دا مونږته پوره فعالیت کوی هر څه کار چه وی هر مشکل چه وی ده سره پتماس کی کیره ما ویلی ښه سهی ده |
| 36-    KM:    Yes. Right now, there is no need for weapon, we have weapon.  God willing, if you want it, it is ready for you. | ۳۶ـ خ م : هه. اوس سلاح ته هم ضرورت نسته — سلاح شته او انشالاه که ته وغواړی درته حلضر دی. |
| 37    JW:    Now, if suddenly those people tell us that there is an urgency you should go there and here and start fighting in a county or something like this. I personally do not have even one bullet or machinegun, did you understand?  What have you got? | ۳۷ م : او دفتاً که داسی یو کار پیښ شی کنه چه یار ه دفتاً که تا خای یواری هغه خلک خیر راکی چه یاره تاسی فلانی خای ته وخی یا بسمدانی خای ته وخی ولسوالی باندی جنک وکړی یوشی وکړی ما سره پخپله ما سره یو کار توس هم نشته ماشین هم نشته او کارتوس هم یوه شوی تا سره چه شته ؟ |
| **05:17** <br> 38-    KM:    I also have bullets with me, also have the rounds of rocket with me and I can say that I also have the bullets of Pika [PKM, a type of belt-fed machine gun] with me.  I have everything in the box with me.  Everyone keep them in a secret place and there is no need to show the place to others.  God willing, whenever you go there, I will fill up the belts that go around your back and then you will leave with blessing.   So we will attack if we could.  If not, then we will hide ourselves and return home with no worry. We will have to attack them and then happily we will return.  God willing, we will take it [the place] back from them, these are infidels and we have to eliminate them.  Look, make sure that you don't let anyone know this.  It is something only between the two of us. | ۳۸ـ خ م : کارتوس هم راسره شته  دراکټ مرمی هم شته او داشی ووایه چه دپیکا مرمی هم شته ، هر څه ماسره بکس کی شته او هغه هر چا خپل خفیه خای کی اینی دی او د هغی خای بنودنه هم چاته پکار نوی زه به انشاالله یو وخت چه ته کله تلی زه به ملابندونه ډک کرم او بیا به خی پخیر . اوس حمله ده پری بی کو که وس مو ورسیدی هغه دی او که نه خانونه به غلی کوو او بیغمه به خپل کورونه به راخو. حمله به پری کو ا. موز به بیرته خنی خوشحاله خونو انشالاه چه نیسو یی خندی کفار دی دمنخه یی بوزو.  نو گوره چه خوک درنه خبر نه شی دا روما وستا دوه په دوه خبره ده. |

| | |
|---|---|
| 39    JW:    You said something good. Is the government of Pakistan involved with these people?  They (the government) must be supporting them because without their support, it is impossible to do this kind of operation. Not without their involvement. | 39- م : ښه خبر دى وکړه. هسى ددى خلگو سره د پاکستان دحکومت لاس هم شته دى کنه ؟ ملاتړ خو به د هغو خلگو به ورسره وى ولى چه بغير ملاتړ نه خو دا کار هم نه کيږى چه د چا لاس ورسره نوى . |
| 40    KM:    Of course there is support but I cannot tell you who these people are. And it is our law that one should not share all the secrets with a friend. | ۴۰ م : ملاتړ خو خا ما خا ورسره شته نو اوس خو مونږ تاته نفر نشو ښودلى او دا زمونږ قانون دى چه ملگرى ته به ټول رازونه نه وايى. |
| 41-    JW:    Buddy, you said something good. | ۴۱-م : ياره ښه خبره دى وکړ 41 |
| 42    KM:    And you will know when you go around with them, meet the groups and I take money from them for you, God willing. This. | ۴۲- خ م : او هغه وخت به درته معلوم شى چه کله وګر ځيدلى دلو کى تاب شى وګرزيدى او پسى درته ترى نه اخلم انشاالله چه دا. |
| 43    JW:    Hey! This is important point, by God, I am very poor guy, I swear that I am poor.  I swear that I don't have a source of two Rupees. I am sick and you know it.  It is God desire that we and you do the Jihad with these people then at least there should be something in it because without money nothing can be done. | ۴۳- م : هى مهم دا خبره ده چه زه واالله ډير غريب هم يمه دخداى غريب يمه کنه او قسم دى ياره چه ددوى روپى درک هم نشته ، مريض هم يمه تا ته خو معلومه ده يعنى دا خو د خداى رضا ده چه دا مونږ او تاسو ى جهاد ته لږزود دى خلکو سره خو افلاچه يو څه شى خووى بى له پيسو خو يو شى هم نکيږى . |
| 44-    KM:    God willing, there is enough money in this to get you a car. When you do an attack, if successful then we will give you a lot of money.  We will not forget about you, there is money with us and you just prove your reliability. . | ۴۴- م : انشاالله چه پيسى به دومره پکى وى چه موټر به درته واخلو پکى دايو جنگ ووه دخيره راته چه کامياب شوى پخير تا نه به بيا دير ى پيسى بلاس درکواو پريزدو دى هسى نه.  پيسى مونگ کى شته خالى څان اعتبارى کړه. |
| 45    JW:    You and Habibzai. You, Habibzai and Qari Abdul Rahman (all three) are together in this? | ۴۵ م : ستا هغه سره حبيب زى سره. ستا او د حبيب زى او قارى عبدالرحمان خبره خو يوه دکنه |
| 46-    KM:    Abdul Rahman, Habibzai and our word are the same.  We are his people and with him we make our program. | ۴۶ خ م : عبدالرحمان د حبيب زى او زمونږ يوه خبره ده دهمغى نفر يو او هغى سره مونږ پروگرام کوو. |

6

| | |
|---|---|
| 47-    JW:    Look Khan Mohammed, Khan Mohammed!  If God does one thing, to make this people disappear, those red Westerners.  If God prevail us on this, then I am telling you that no one in the world will point their finger to us. | ۴۷ م : ګوره خان محمده – خان محمده  يو کار خدای وکړه چه دغه خلک له مخه لارشی دا سره انګريزان کنه دغه باندی مو خدای کامياب  کړی او بيا به درته ووايم چه به نری کی څوک مونږ ه ته ګوته ونه نيسی چه ياره تاسی . |
| 48-    KM:    God willing, we are trying. If we are successful, I will get you a very high position. | ۴۸ خ م : انشاالله چه مونږ هم دا کوښښ کو و چه مونږ او تاسی کامياب شو بيا به د ير ه غټه وظيفه درته پکی واخلم دخيره خدای کامياب کړلو بواری . |
| 49-    JW:    No, the subject of position is not so important.  The important thing is the Jihad, These people out of our country, right.  It is also the resolution of these people that the Westerners should get out of our country, right? | ۴۹ م : ياره د وظيفی خبره هم دومره مهمه نده مهمه جهاد دی دمونږ او تاسی نه د ملک نه دغه خلګ کنه هو ددی خلګو تصميم هم همدادی چه انګريزان زمونږ ملک نه ووځی |
| <u>07:42</u><br>50-    KM:    The point is we have a lot of friends here, I share my car and drive around this way and that way so I can be trusted.  I do have the car with me but we don't trust anyone.  We fired rockets at the county-chief office and they paid us three hundred thousand Rupees for one night program.  God willing, if you do a program, then I will take two or three hundred thousand for you too.  Will take it from them and you will keep the money. | ۵۰ خ م : مطلب مونږ انديوال ډير لرو کنه هغه  پلو دی پلو موټر می اعتبار لپاره هغه د ی شريک کړی د ی هغه بلو دی پلو ګرځم پکی بنه موټر راسره دی خو دا سی دی چه په چا اعتبار نلرم که نی هغه دی دراکټو دزی مووکړی په  ولسوالی باندی ی او مونږ ته ی دری لکه روپی به يوشپه پروګرام باند ی راکړی انشاالله تا يو پروګرام وکړدوه دری لکه تاته هم ترې نه اخلم ، تسليم به ی  کړو او تا بيا به پيسی تا سره وی |
| 51-    JW:    You have been there earlier, what was the final decision of these people, to get these things and keep it to keep it with you? | ۵۱ م : ته په هغه مخکی ورځوکی تللی وی تاته اخری دی خلکو څه فيصله وکړه چه دا شيان تاسی واخلی ا و پخای کيږده درسره؟ |
| 52-    KM:    They told us that we should get the equipment, keep it with you and when we come there, we will make the program. | ۵۲ خ م : نوی هغوی خو مونګته داسی وويلی دی چه تاسی  سامان  واخلی او خان سره کيږدی  چه مونږ کله درغلو |
| 53-    JW:    Then will make the program. | ۵۳ م : بيا به پروکرام جروو. |
| 54-    KM:    [They said] we will consult | ۵۴ خ م : پروکرام به بيا هلته مصلحت وکړو او |

| English | Pashto |
|---|---|
| about the program and after the consultation we will set up the program. It would be according to their advice and I cannot do it unless they order me to do it. | مصلحت نه بعد به بیا پروگرام جوړوودابه دهغوی دمشوری کاروی او ما ته چه هغوی امرونکری زه ی نشم کولای. |
| 55- JW: OK, I have got the thing, also have gotten the missiles and I have placed them ready. Have you obtained the mines? If not, get them because you promised that I have to get this thing and you will get that. | ۵۵ـ م : بنه ما شی اخیستی د ی مزایل می هم اخیستی دی تیار می برابر کر ی دی او تا ماینونه که پیدا کری او که نه وی کری پیدا کری څکه خو دا باند ی دا حواله کری و ه چه ته به داشی کوی او زه به داشی کوم. |
| 56- KM: I do have the mines and I do have a source. | ۵۶ خ م : ماسره ماینونه شته دی درک می پیدا کری ورته. |
| **09:01** <br> 57- JW: OK, you have found it. Now if you want to keep this thing, keep these things at home, I will tell you clearly that I cannot keep it in my home because my house is located near the road and I cannot keep it in my home. Now, to keep this thing somewhere where only you and I know about it, it will be good. Or if you want to keep it in your home, it is good too. | ۵۷ـم : بنه چه پیدا کری دی که داسی وای چه دا شیان به خپل کورکی اردو زه خو پاکه خبر درته کوم چه بخپل کورکی نشم ساتلی څکه زما کور خو سرک په سرباندی دی زه خو پخپل کورکی نشم سا تلی . نو اوس ددی شی پخای کولو لپاره چه دا سی خای کی پخای شی چه ما او تا ته معلوم وی هم ډیره بنه خبره او که وای چه ته کورکی اردمه هم بنه خبره ده |
| 58- KM: No, we are not placing them in home. There are many informers so I will not place them in home. But there is a garden down there, you and I will take them there and place them there as long as no one know about them. Will keep them there and when there is program, we will take them out of there. | ۵۸ـخ م : نه کور کی نه کړد م .شیطانان دی ډیر نو کور کی خوی نزردم خو هلته لاندی یوه باغچه ده دی باغچه کی به یی بوسوکی کیردوما او تا چه څوک را باند ی پو نشی او هلته به ی خوندی کواو کله چه بیا پروگرام شو هم هغی خای نه به یی وباسو |
| 59- JW: This is also right. Yes, when they come here. | ۵۹ـم : دا هم سهی خبره ده او نو چه کله هغوی کله راغلل. |
| 60- KM: We are not placing them in home because there are hundred informers. | ۶۰ م : کور کی نکړدو کورکی سل شیطانان دی. |
| 61- JW: When they come here and instructed us to do so. | ۶۱ـ م : کله چه هغوی راغلل مونږته هدایت وکړ ی چه دا سی وکړو |
| 62- KM: Yes, right. | خ م : او کنه ۶۲ |

| | |
|---|---|
| 63-    JW:    We will do it accordingly. It is not that we. | ۶۳م : همغه سی به بیا وکروداسی خوندی کنهَ |
| 64-    KM:    We will take it there to our guest room and will place it in our guest room. | ۶۴- خ م : هلته بی بوسو کوته ده زموزپه کوته کی به یی کیږدو. |
| 65-    JW:    Now I have gotten these things for example: These are four missiles and cost eight thousand Rupees. Who should I get this from? | ۶۵- م : او دغه شیان ما اخیستی دی ددی پیسی فرض مثال دا څلور مزایل اته زره روپی قیمت لری دازه اوس له چا نه واخلم |
| 66-    KM:    Sir, as soon as it happens. Right away, I have the money in my possession. | ۶۶-خ م : دا خو صاحب چه څنګه دغه سو فوری پیسی ما سره شته دی. |
| 67-    JW:    Yes. | ۶۷- مَ: شه. |
| 68-    KM:    This is your money and it is with me. We will put this thing together in a place and once those guys come here, I will get you twenty thousand instead of eight thousand from them. | ۶۸- خ م : ستا پیسی دی ما سره دی ، دا شی به دواړه سره پخای کړو او هغه خلک راشی زه درته دا اتوزرو پخای شل زره اخلم |
| **10:25** 69-    JW:    This is good. I, myself, am a poor man. I swear by God that I don't even have two Rupees. I borrowed this money from someone else and bought this thing with it, right. | ۶۹- م : سهی خبره ده ، زه پخپله غریب سری یم والله که راسره دوه روپی هم یی دا پیسی دبل چا په قرض کړی او داشی می پری اخیستی . کنه. |
| 70-    KM:    We will do something, this man is coming here and we will [stop] conversation so that this man will not hear us. | ۷۰- خ م : او نور به داسی وکړو چه هلته سری هم روان دی نور به خبره دغه کوچه هغه سری یی و انوری |
| 71-    JW:    OK. | ۷۱ م : ښه |
| 72-    KM:    Yes, this dishonorable person is following us. Why is he sitting there? | ۷۲-خ م : و دا بشرف هم مونږ تعقیب کوی چه دا څنګه ناست دی ؟ |
| 73-    JW:    Very good. We will do like this and this would be our word. Their important thing is and it is also their plan, the Westerners. It means to | ۷۳ خ م : آفرین ما او تا چه داسی وکړو چه زما او ستا همدا خبره شوه  زه مهیمه خبره او ددوی پلان داسی دی دا انګریزان – د انګریزانو ختمه ول. |

9

| English | Pashto |
|---|---|
| eliminate the Westerners. | |
| 74- KM: Yes, right. | ۷۴- خ م :هو کنه |
| 75- JW: To end up this government. To finish up this government and this Regime. | ۷۵- م : دغه دولت په حساب  ختم کول دی کنه چه دغه دولت ختم شی چه دغه رژیم ختم شی . |
| 76- KM: It is only Jihad in our hearts. | ۷۶- خ م : بس زمونږ خاص جهاد په زړه کی دی . |
| 77- JW: Very good. | ۷۷ م : ډیر اعلی |
| 78- KM: To get out the infidels from our country. | ۷۸ خ م :ً چه کافر دی دوطنه یی ورک کو. |
| 79- JW: Very good, you said a good thing. | م :ً ډیر اعلی. خه خبره دی وکره. ۷۹ |
| **11:12** 80- KM: If we don't get rid of infidels, this would be a great obstacle in our country.  We will continue our jihad, Jihad is allowed religiously against the infidels and if a Muslims is on their side and get shot, the hell with him.  That the Government. | ۸۰- خ م : که دا کافر ورک نه کرو دا ډیر لوی خند کیری پدی وطن کی او مونږ خپل جهاد کوو او کافرباندی جهاد روادی او که مسلمان ی خواکی ولاړوی او ویوله هم بلام ورپسی هغی ته |
| 81- JW: If they are standing with infidels they will be hit. | ۸۱ م : چه د کافر په جمع کی والاړ وی خوبه لګیری |
| 82- KM: And if standing against [on the side of the]  government and is hit then Jihad is allowed against them too. | ۸۲- خ م : او د حکومت پکی والاړوی او ولګیره په هغی هم زمونږ جهاد دی |
| 83- JW: Will be hit and the hell with him. | ۸۳ م : لیګیری به او توره بلامی ورپسی |
| 84- KM: And God willing, we will prevail.  Habibzai, Abdulrahman and all of them will come after a few days. They called and said that they are coming.  God willing, we will discuss about it and have them meet you too. | ۸۴- خ  م: او انشاالله چه کامیابیږرو به ،حبیب زی دو عبدالرحمان دوی دا ټول له مخی نه به راځی خو ورځی دبعد  ماته یی تیلفون کری ووچه مونږ ه راځو او انشاالله پدی باندی به په مصحلت  خبری هم وکړو او تا سره به مخ هم کړم . |
| 85- JW: As long as they meet me and I understand what they say. | ۸۵ م : چه ما سره مخ شی او یا دد ی په خبره پوشم |
| 86- KM: If I mean there. | ۸۶ خ م :ً او که چیرته مطلب |

| | |
|---|---|
| **11:55**<br>87-     JW:     Listen, this is an ordinary work, we will do a lot of things for them. Will do a lot of things. | ۸۷- م : هی دا خولا عادی کار دی ډیر کارونه به ورته نو – ډیر کارونه ورته کو. |
| 88-     KM:     I mean, if they do not come here and instruct us from there then we will continue our work. They are surely coming for the program. If they do not give us a task. If they don't give us a task, we cannot attack on our own. If we do it on our own, then no one will pay us money. | ۸۸- خ م : که مطلب مخ ته که را نه غلی کنه او همغی ځای نه هدایت وکړهم  مونږ او تا سو خپل کا ر کوو. خو په تک باند ی حتماً هغوی پروگرام ته راځی – چه هغوی وظیفه را نکړی هغه . وظیفه چه را نکړی خو هم مونږ پخپل سر تعرض نه کو – په دی کی موز پخپل سر وکو بیا پیسی مونږ ته ځوک نه را کوی . |
| 89-     JW:     This is right. | ۸۹ م : همدا سهی خبر هده . |
| 90-     KM:     If they allow us then you and us will go for the money. | ۹۰ خ م : چه هغو ی اجازه ورکړی بیا مونږ او تاسو به پیسو پسی ورشو. |
| **12:25**<br>91-     JW:     [Speaking with UM1] Peace be upon you. Welcome, how are you? Is everything alright? | ۹۱- م : وعلیکم اسلام پخیر راغلی خیریت د ی ستړی مشی قراری ده. ( دتلفون جواب) |
| 92-     JW:     I am going to urinate.  I am going to pee only. | ۹۲- م : زه لږ تشی متیازی کومه بنه خالی رگ وهمه |
| 93-     KM:     Come quick, because. | ۹۳- خ م : ژر راځه چه |
| 94-     JW:     All right. Hold on we will go both together [**Pause 12:50-14:06**] | ۹۴- م  سهی شو ه یو ځای خو وار . وکوه دواړه یوځای خو (وقفه) |
| 95-     UM1:  Is it off? | ۹۵- خ م : گل شو ؟ |
| 96-     JW:     It is off. | ۹۶- م : گل شو . |
| 97-     UM1:  Is it off, now you cannot reverse the voice? | ۹۷- خ م : س یی بیرته نشی را اورلی – . |
| 98-     JW:     No, you cannot.  Should I press this button or this one? | ۹۸- م : نه بیرته یی نشی کولای دغه بتن وهم که دغه بتن وهم |
| 99-     UM1:  Why? | ۹۹-خ م : ولی |
| 100-     JW:     To turn it off completely. | ۱۰۰ م : خه سوچ بند شی دغه که دغه |

| | |
|---|---|
| This one or that one? | |
| **14:17**<br>101-    UM1:  Which one did they show you? | ۱۰۱-خ م : تا ته یی کوم یوښنو دلی وو – |
| 102-    JW:     They told me this button, I think. | ۱۰۲-م : دغه بټنه لکه چه راته ویلی وه |
| 103-    UM1:  It is not off U/I  Is it taking picture again? | ۱۰۳-خ  م : بیا بند نشو عکس خو به نه  اخلی |
| 104-    JW:     No it is not taking pictures. Let us go.  It is off.  This button is pressed in. | ۱۰۴-م : نه عکس نه اخلی را څه چه نه شته تبند شوی دی دغه  بتن باند بند شوی دی دغه بیر ته زورکړی دی |
| 105-    UM1:  So then turn it off. | ۱۰۵-م : خو بند ی کړی کنه |
| 106-    JW:     I did turn it off. | ۱۰۶ : بند می کړ |
| 107-    UM1:  It is on, it is on. | ۱۰۷  خ م : دا خو چالان دی که نه چا لان دی |
| 108-    JW:     It just turns it but not recording it. | ۱۰۸-م : دا هسی هغه اروی خو ثبت نکوی |
| 109-    UM1:  No, not recording, to be turned off. | ۱۰۹-م : ََ نه نه ثبت نه چه بند سی |
| 110-    JW:     (Inaudible) | ۱۱۰-م : : نه اوریدل کیری۱۱۰ |
| 111-    UM1:  (Inaudible) | ۱۱۱ خ م : ََ • • • • • |
| 112-    JW:     U/I | ۱۱۲–م : ََ • • • • • • |
| **14:32**<br>113-    UM1:  It will not take picture? | ۱۱۳- خ م : عکس خو به نه اخلی ؟ |
| 114-    JW:     U/I , Did you understand. With this button even if it is in your pocket, it will not record. | ۱۱۴-م : ََ ورکومیَ پوشویَ دا پتنَ نو ر چه بیا جیبو کی دی پروت هم وسیری ثبت بیا نکوی |
| **14:50**<br>115-    UM1:  This is on.  No, not to record but to stop it. | ۱۱۱۵– خ م : ََ دا خو چالان دس.  نه ثبت نه چه بند سی. |
| 116-    JW:     It is active but not | ۱۱۶-م : : |

| English | Pashto |
|---|---|
| recording. This thing  U/I they are taking it by them self U/I told me that while you are recording  press this button down it will   (U/I). | دا هسی فعال دی ثبت نه کوی. دا شی ٔ هغوی خان سره به خپل ګرخوی ا ته ی ویلی چه بیا ثبت وکوه دا بتن به پری را شکته کری دا بیا زرورکوی |
| **14:56**<br>117-    UM1:  No, no not to record but to stop. | ۱۱۷-م : نه ٬ نه ثبت نه چه بند سی. |
| 118-    JW:    All right, did you understand? | ۱۱۸-: پو شوی که نه |
| 119-    UM1:  U/I, which one is the stop? | ۱۱۹- خ م : ٔ ستاب په کو م باند کیزی . |
| 120-    JW:    With this one, when you push it, didn't you understand.  Is this the one to be pushed or that one? | ۱۲۰- م : په دی باند ی ، دا چه زور کری پوه نشوی چه او س پدی کی دغه زورکوی ، که دا زورکوی |
| **16:48**<br>121-    UM1:  If it is not all right so when you (U/I) again. | ۱۲۱- خ م : که سهی نوی چه بیا بیرته یی دا |
| 122-    JW:    (U/I )  It is OK.  Let's sit, both of us. [Other people speaking] | ۱۲۲<br>- م : ٔ دواره سهی دی ، راخه.... بس کینی دواره هم هلته لار سو. (نور خلګ خبری کوی) |
| **17:00:-19:00**<br>[JW: & UM1 Whispering to each other or silently walking together.] | ۰۰:۱۹-۰۰:۱۶<br>( نم او م کرار کرار خبری کوی هو تک کوی) |
| **19:04**<br>123-    JW:    Peace be upon you, Haji Saheb.  Are you all right? It is mercy of god. Are friends and buddies well?  God willing, I accomplished that thing.  Do something, are you at your place?  I was thinking to bring this thing there.  Which place?  What time should I come to Dago School?  OK, I will stand by the school of Dago.  If I come there around six, is it OK?  Peace be upon you.  About that thing.  Haji Saheb, hello. (U/I) (19:55) | ۱۲۳- م : سلام علیکم حاجی صاحب بنه یی ،دالله احسان دی . ملګر په اندیوالاه بنه دی ما خو هغه شی انشالله چه سرته ورسوکنه ، او دا سی وکره ته په خای که نه ، ما ویلی شی ،شی شی هغه شی درورم که نه ؟ کوم خای ته ؟ بنه زه به خو بجی درشم دا ګومکتب ته ؟ بنه زه به ډاګومکتب سره ودریرم که نه تقریباً داسی ووایه چه شپر بجی درشم سنګه . او سلام علیکم او هغه شی که نه ، حاجی صاحب ،هلو ........ |
| **20:00-23:00**  (Silent walk) | ( ۰۰:۲۳-۰۰:۲۰ ) خاموشه تګ ) |
| **23:02**<br>124-    JW:    I am not hitting this button the entire conversation will be [erased]. | ۱۲۴-م : دغه بتن ی ونه و همه ټول خبری به ورانی شی. |

| | |
|---|---|
| **23:05-26:08**<br>125-    [Silently walking or whispering conversation between (UM1) and JW nothing is audible] | ۱۲۵-م    (په تگ کی خاموشه خبری) |
| **26:10**<br>126-    JW:    Hey boy! Climb up, climb both of you there, you sons of unbeliever. Hey … did the doctor come in? | ۱۲۶-- م : وهلکه وروخیژه دروخیژه دبی ایمانه بچیه هی نیکیه داکتر صاحب خو نودراغلی |
| 127-    Child:  Where? | ۱۲۷-ماشوم : کوملته |
| 128-    JW:    Here. | ۱۲۸-م: دلته |
| 129-    Child:  (Inaudible) | ۱۲۹- ماشوم••••••• |
| 130-    JW:    Teacher how are you, are well? | ۱۳۰-م: معلم څنگه یی جوری طبعت د ی . |
| 131-    Teacher: How are you, are well, do you feel OK? | معلم :پخیر څنگه یی جور طبعت دی . ۱۳۱- |
| **27:08**<br>132-    JW:    It is Kalai, Kalai.  Wasn't this Kalai? | ۱۳۲-م: کلی ده کلی. کلی نه وه دا؟ |
| 133-    UM1:  No, It was the little Kalai. | ۱۳۳- + : نه دا وروکی کلی وه. |
| 134-    UM1:  My friend had slaughtered a sheep and he eat a lot of meat.  I told him buddy, when you go home tonight, they will ask you what did you eat that you look so good?  I told him when you open up your belt of trouser, do like this.  After I left, he said to Inayat that this person is saying indecent things.  Like take out your trouser and so.  Why is he saying these things? | ۱۳۴- + هغه اندیوال هلته پسه حلال کری واو غوشه یی دیره خوره له ماویله یاره بیگاه ته چه ولاری کورکی به درته وایی چه څه غذادی خوره له څه داسی شه سوی یی. ماویله بیگاته پرتوگاش پر پرتوگاش خلاص کره. او کله چه زه تللی وم بیا یی عنایت ته ویلی وه ولزوی دی مر داسری خو خوشی خوشی خبری کوی. پرتوگ دی ولاسه څه کفر ته روان دی. |
| **28:24**<br>135-    JW:    Okay, if you are going, then good bye.  You are going over there tomorrow.  Make sure not to forget the spices.  The spices for cooking.  There is a wedding in Peshawar we will go there.  It is Ihsan's brother wedding after twelve | ۱۳۵-م: هی چه خی مخ ته دی خه. صبا خو هلته خی که نه چه هغه دی دیاده ونه وزی مساله – هغه ددیگ مساله......- خم پیشاورته هلته یو واده دی چه لار شو – د احسان دورور واده دی – دولس ورځی بعده. تر موس راواخله هلکه. |

| English | Pashto |
|---|---|
| days.  Boy, bring the thermos here. | |
| 136-    Child:  Yes, he is sitting there. | ۱۳۶ ـ ماشوم: صحی ده اوس ناست دی. ـ |
| 137-    Doctor: Peace be upon you.  Jaweed!  See you are not on time. 30:00 | ۱۳۷ـ داکتر: وعلیکم ـ صحت دی خه دی. جلات خانه گوره پر وعده نه یی برابر. |
| 138-    JW:    To tell you the truth I am not on time.  There was a person I got busy with him.  Then I said to my friend and my son to stay there because I have promised the doctor.  I came here, it is not five yet.  It is four and half. | ۱۳۸ـ م: والاه چه رشتیا هم په وعده برابر نه شومه ـ ؛ نه دلته یو نفر راغلی دغه سره ومه بیا می ملگری او بچی ته وبله چه دلته کشینه ما داکتر صاحب سره وعده کری ده. ما خان زر برابر که پنخه بجی لا نه دی ـ څلور نیمی بجی دی. |
| 139-    Doctor: You said three to five and you said that you will be here till five. | ۱۳۹ـ داکتر: تاویل دری نه تر پنخو پوری ـ تاویل تر پنخو پور ی یمه. |
| 140-    JW:    How are things? | ۱۴۰ـ م: خه حال دی نور. |
| 141-    Doctor: Good, how are you? | ۱۴۱ـ داکتر: شکر دی ته خنگه یی. |
| 142-    JW:    Is your health good, is everything alright.  May God bless you. | ۱۴۲ـم : صحت مو شه دی قراری ده خدای مو وبخشه. |
| 143-    Doctor: (U/I) You have to turn around there.  Whichever way you take, it is closed.  You have to turn around the castle of Farooq.  If not, it will take you one hour more.  I am not familiar here and I have not been here for years.  (U/I). | ۱۴۳ـ.....داکتر: ... داتا بیرته هغهسی به بیرته را تابیزی. چه په هر لار شی بای لار بنده وی. اول خو دا د فاروق کلا ده دغی نه به داتابیزی ـ که تری نه سی راتاو هم یئ ساعت اوزدیزی. زه خو دلته نابلده یم دیر کلونه دلته نه یم راغلی ..... |
| 31:10 144-    Doctor    (The doctor speaks to Jaweed, a woman and his children):  This medicine is about four months old.  Your illness is the same and the medicine is also almost the same.  I prescribed you some kind of powder that cannot be found here.  Bring her the medicine soon and eat the tablets of the blood pressure and your pressure will be reduced. | ۱۴۴ـ ( داکتر دجلات دغه د خانمی او بچیو سره ددواو په باره کی خبری کوی) او وایی چه داخو تقریبا څلور میاشته پر تیر سوی دی. داکتر ورته وایی چه تکلیف دی تقریبا همهغه دی او تقریبا دوای هم هغه شی دی او یو پودر می درته ولیکل چه هغه دلته پیداکیزی هم نه. دوا زر ورته واوره دفشار گولی وخره فشار کشته کیزی. |
| 145-    JW:    Did you see the tablets I brought?  Bring in the tablets that I brought last night.  They were big tablets. | ۱۴۵ـ م: هغه گلی گانی دی ولیدی. هغه گولی راوره چه یسگا ما راوره . غتی گولی وی. ـ دمور گولی دی خه شوی. |

| | |
|---|---|
| What happened to your mother tablets? | |
| 146-    UF1:    They were in a plastic in this closet. | ۱۴۶ـ شخه: هغه په پلاستک کی وه په دغه الماری کی دی. |
| **34:30**<br>147-    Doctor: I have already written this. Don't bring any more of this. How did you swallowed this? Just use a clean needle to make a hole in here. Use one in the morning and one at night. I have also prescribed Diazepam (tablets) do not use it now because your sleep is excessive now. Do not use a nail to make a hole because nail is dirty. Make a hole here and place it under your tongue and use it when you feel dizzy. Jaweed! Make sure that no one get hurt with this needle take it away. The tablets I prescribed are not from the same family but they are more stronger. These are tablets for strength if used, it is useful and she needs it too. The one I prescribed are tablets do not bring it and these are capsules which need a hole. When needed place two in your mouth and don't use it if not needed. Make sure that these are to lower down pressure. Bring this medicine soon to lower down the pressure. Don't use salt and cooking oil. | ۱۴۷ـ داکتر: شه داما درته لیکلی دی بیا دا نور مه راوره. دادی خه رقم وخوره؟ هو په یو پاکه ستن باندی سوری کی او زبی لاندی به یی کیزدی. صبا او بیگاه یوه دانه استعماله وه. دیاز بم می هم ورته لیکلی ده. دیازپیم مه خوره خوب دی اوس هم دیر دی. په میخ یی مه سوری کوی میخ چتل دی. دغه سوری ورکه او دزبی لاندی کشیزده. چه کله دی سر وگرزیده. په داستن بندی خوک خوز نه سی. جلاته هغه لیری که. ما جه کم گولی ورته لیکلی دی هغه ددی کورنی نه دی خو هغه لز نه دی. د قوت گولی دی کی وخوری فایده کوی او ضرورت هم ورته شته. داتر خو مه ور کوی — داخو د قوت گولی دی. هغه چه می درته دغه کری دی هغه مه راوره. ما تابلیتونه لیکلی دی او دا کپسول دی او دا سوری کول غواری چه دا خلاصیده بیا دوه دانی نور خولی کی ایزده او که په تکلیف نه وی دیر بیایی مه خوره. پام دی مو وی چه دا فشار تیته وی. گوره دادوا زر راوره فشار شه کیزی او ته به دیر پر هیز کوی د مالگی او غورو خخه. |
| **38:07**<br>148-    JW:    Doctor, I hope the price of these tablets will not be too high? | ۱۴۸ـ م : داکتر صاحب ددی گولی قیمت خو به زیات نه وی؟ |
| 149-    Doctor: These tablets will cost two hundred Rupees. This is ten Rupees per package and that is forty five and fifty Rupees per thirty piece | ۱۴۹ـ داکتر: دغه یو گولی دوه سوه روپی کیزی. داخو لس روپی یو پاکت دی او دغه په پنخه خلویشت پنخوس روپی باندی دیش دانی دی. |
| 150-    JW:    I mean altogether it will cost not more than four hundred Rupees? | ۱۵۰ـ م : مطلب تول خلور سوه روپی کیزی کنه. |
| 151-    Doctor: No, not more than three hundred. | ۱۵۱ـ داکتر : نه دری سوه نه اضافه نه کیزی |
| 152-    JW:    Doctor, tea? | ۱۵۲ـ م : داکتر صاحب چای |

| | |
|---|---|
| 153-    Doctor: I am going out.  Thank you I already had tea.  Good bye. | ۱۵۳ـ داکتر : زه درنه خمه ـ کور دی ودان ـ جای می شکلی دی ـ دخدای په امان. |
| 154-    JW:    Should I walk with you?  No, it is impossible.  You are very kind and may God reward you for your coming here. | ۱۵۴ـ م : زه در سره ووزم ـ هیخ امکان نه لری. تکلیف دی خدای اجر درته درکری  دیر مهربانی. |
| <u>39:15</u><br>155-    Doctor: No, I am just walking this way and will be careful.  I have not practiced for three or four years in a clinic.  Good bye. | ۱۵۵ـ داکتر : نه زه خو په دغه لار خم ـ او فهم به کوم. ما دا دری خلور کاله کاروبار نه دی کری چه معاینه خانه می کری وی.  خدای په امان |
| <u>39:30</u> [JW:  Speaking with his children]<br><br>156-    JW:    Khadija!  Go bring that tablets.  Where is your mother?  Take this money for the medicine.  No, no, I am going out.  Take two hundred Rupees from my coat. | ۱۵۶ـ م : د هلکوانو سره خبری.  خدیجی ورسه هغه ګولی راوره.  موردی خه شوه.  دغه پیسه واخله ددوا دپاره.  نه نه زه روان یمه. زه به درخه ولارسم. 44:38-48:15 |
| <u>41:40-43:25</u><br>157-    JW:    [Silent walk and the noise of children in the background]. | ۱۵۷ـ م :  خاموشه تګ ـ د هلکوان زغ. |
| <u>43:27</u><br>158-    JW:    Peace be on you [laughing]  No one pray while working for someone. | ۱۵۸ـ م : کاکو جانه سلام  (خندا) په مزدوری کی چا لمونخ کری دی. |
| 159-    UM2:  (Inaudible) | ۱۵۹ـ ++ : .......... |
| 160-    JW:    [Greeting a group of people on the way, asking about the family members and joking about a person any saying when a woman sees him she thinks who will be the lucky woman to marry him but when they know him they stay away from him. [Laugh]. Then he tell them that he had a patient in home with blood pressure and the doctor came to prescribe medicine and he has to get the medicine. The group tells him to come in and have tea with them and he says no, thank you. Then he walks away.] | ۱۶۰ـ م : { د یو دله خلکو سره په لار کی سلام  او روغبر کوی- دکورنیو دخلګو معلومات کوی وروسته تر جور فرسانی توکی کوی او خاندی ـ بیا دی ورته وایی چه زه په کورکی مریض لرم ـ داکتر نسخه ورکره ره به دوا ورته راورم- هغه خلګ ده ته دچایو ست کوی بیا دی دخدای په امانی کوی.} ۳۸:۴۴)_ |

17

| English | Pashto |
|---|---|
| **48:20-55:00**<br>161-   JW:     [Mostly walking silently. Saying hello to passers by.  Telling another person, "How are you?  Did you come earlier?  You mother fucker you left your brother alone and you are here".  Telling another person by the name of Abdul Majid, "How are you call me two times.  Then whispering with this person and nothing from that conversation is audible.  Then telling another person, "Don't separate it, bring it here, did you finish work?"  Then silent walk and once in a while whispering slowly.  Children voices and traffic noises. At **55:00** walking stops.] | ۱۶۱-م<br>پیاده تگ – قراری ده . سابق هم راغلی یی . کسمادره لالا دی دی پری ایشی دی ته راغلی یی. خامو شه تگ -- دلته یی راوره کار مو خلاص که – جدا که مه – خاموشه تگ او کرار خبری. عبدالمجیده سلام عبیکم سبری مسی – دوه واره بیا زنگ داوواهه. کداد خبری – د موترانو زغ – د کوچنیانو زغ. تگ بس سو. (۲۰:۴۸-۵۵:۰۰) |
| **55:02-01:15:00**<br>162-   JW:     [Entered a place like a pharmacy.  Many people voices and he says hello to many people, exchange greetings. Then speaks about the prescription of his mother.  The pharmacist tells him that he does not have one item in the prescription and send a boy to get it from another pharmacy.  The pharmacist instructs him how the tablets and the rest of the medicine should be used, how many time a day.  They speak about the medicine and its effect on the patient.  They speak about the price, he offered them 250 Rupees.  Many other customers walk in and speak about the prescription, exchange greetings with the present group.  Voices of children, cars blowing horns, The sound of radio music, JW: telling a boy, "don't mess around with this bicycle, what happens if you get hurt".  The boy returns and reports that the other pharmacy also do not have this item.  JW: tells someone, "I swear that I did not recognize you".  JW: tells someone, "doctor, oh doctor, do you have a pen?  Write down the name of Dawood Khan and Muslim, I have the names of everyone.  He will call Kabul tomorrow". | ۱۶۲-م :  دواخانی ته راخی هلته دنورو خلگو سره سالم علیک کوی او روغبر کوی.  دنسخی ددوا په باره کی خبری کوی. دوا خانه والا ورته وایی چه دایو قسم دوا نه لرم او هغه نور دوه رقمه لرم. بیا هلک لیزی چه دبلی دواخانی ځخه هغه دوا راوری- بیا وروسته هلک وایی چه بلی دواخانی هم دغه دوا نه درلوده. بیا ددوا او دهغه استعمال په باره کی کمپودر هدایت ورکوی.  یو خلک ته وایی چه په بایسکل غرض مه لره که خوز سوی تاوان به دی په چاوی. د فشار په باره کی خبری. نور مراجعین راخی او روغبر او سلام علیک کوی. د کوچینیانو زغ – دموترانو زغ او د خلگو خبری.  بیا داکتر ته وایی چه قلم درخه سته ولیکه داوی خان او مسلم بیا ورته وایی چه زه دټولو نومونه لرم.  بل چاته وایی /ه په واله نه می و پیزندی.  او بیا وایی چه صباح به کابل ته تلفون کوی. دکوچینیانو ناری بیا وواخانی راوزی او تگ شروع کوی. ( ۰۰:۵۵-۱:۱۵:۰۰)<br><br><br>(۱:۱۵:۰۱-۱:۲۵:۲۸) (پیاده تگ ) |

| | |
|---|---|
| At<br><br>(**01:15:10** JW: starts to walk again.) | |
| <u>01:15:10-01:28:25</u><br>163-    JW:    [Mostly silently walking. Singing by himself for two minutes. Asking a boy, "Oh boy where is your father?"  Mostly silent walk.  Exchanging greeting with someone by the name of Mansoor and three others passers by.  One person offers him tea and he says, "No, thank you". Then silent walk most of the time. | ۱۶۳ ـ م : ديره حصه خاموشه تگ ـ او وری دقيقی دخانه سره غزلی. بيا يو خلک ته وايی هو هلکه پلار دی چرته دی؟  ـ دکوچنيانو زغ او دموترانو زغ. منصور صاحب سالم عليکم بيا پر لاری ددو نورو نفريو سره سلام عليک. نور توله خاموشه تک.<br>(۲۵:۲۸:۰۱ـ۱۰:۱۵:۰۱) |
| <u>01:28:26</u><br>164-    JW:    Peace be upon you.  How are things?  Is everything alright? [Whispering and inaudible] We did speak. | ۱۶۴ ـ م : سلاو عليکم. قراری ده.  خه حال دی؟ خبری خو وسوی دغه بتن. ( ۲۶:۲۸:۰۱ ) |
| 165-    HL:    For how long? | ۱۶۵ ـ +++ : خو نه وخت؟ |
| 166-    JW:    For about fifteen minutes and this is the button I pressed.<br><br>(**End of conversation**)<br><u>01:29:16</u> | ۱۶۶ ـ م : داسی يو پنخه لس دقيقی. ( د خبرو پای ) ( ۱۶:۲۹:۰۱<br><br>وه روپی راواخله<br>(دخبرو پای)    ( ۱۶:۲۹:۰۱ ) |

19