**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | **)** | |
| | **)** | |
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | **Criminal  No.: 06-357(CKK)** |
| **v.** | **)** | |
| | **)** | |
| **KHAN MOHAMMED** | **)** | |
| | **)** | |
| | **)** | |

**ORDER**

That upon consideration of defendant's Khan Mohammed's Response to the

Governments's Opposition to Defendant's In Limine to Exclude Evidence of Missiles, the

Taliban Insurgency, Taliban Cells, and Allegations of Prior Drug Trafficking,  it is hereby

**ORDERED** that the Defendant's Motion is hereby **GRANTED**; and it is

**SO ORDERED**

_____

_____                                                    COLLEEN KOLLAR-KOTELLY.
DATE                                                               UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas, Danielle Jahnd
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Matthew Stiglitz
Julius Rothstein
Trial Attorney
United States Department of Justice
1400 New York Ave., The Bond Building
8th Floor
Washington, D.C. 20530