# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 09-3001**

**September Term, 2012**

FILED ON: SEPTEMBER 4, 2012

UNITED STATES OF AMERICA,
                APPELLEE

v.

KHAN MOHAMMED,
                APPELLANT

**MANDATE**

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:06-cr-00357-1)

---

Before: SENTELLE, *Chief Judge*, GRIFFITH and KAVANAUGH, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the conviction and sentence of the District Court appealed from in this cause be affirmed in all respects, but the claim of ineffective assistance of counsel be remanded for an evidentiary hearing, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

/s/
Jennifer M. Clark
Deputy Clerk

Date: September 4, 2012

Opinion for the court filed by Circuit Judge Griffith.
Opinion concurring in part and concurring in the judgment filed by Circuit Judge Kavanaugh.