| Government | ✓ | | | United States | | | |
| Plaintiff | | | | | vs. | Civil No. | |
| Defendant | | | | Khan Mohammed | | Criminal No. 06-357 | |
| Joint | | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBTS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3A | Transcript Excerpts page 4 Line 31 | | 12-3-15 | Vanegas | |
| 5 | Transcript Excerpt | 12-3-15 | 12-3-15 | Mohammed | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |