Government _____
Plaintiff _____
Defendant __✓__
Joint _____

*United States*

vs.

*Khan Mohammed*

Civil No. _____
Criminal No. *06-357*

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBTS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Declaration of Carlos Vanegas | 12-3-15 | | C. Vanegas | |
| A | Notes from phone Book of Mohammed | 2-3-15 | | C. Vanegas | |
| B | Excerpts from Dft's Reply to govt | 2-3-15 | | C. Vanegas | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |