**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-357 (CKK) |
| | ) | |
| KHAN MOHAMMED, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF COMPLIANCE</u>

Defendant Khan Mohammed, through undersigned counsel, hereby gives notice that, on January 13, 2020, per the Court's Orders of August 21, 2019 and December 2, 2019, he served the attached witness affidavits on counsel for the United States in the above-captioned proceeding.

Respectfully submitted,

Date:  January 14, 2020                 By:_ */s/ Peter Spivack*_____

Peter S. Spivack
Nathaniel H. Nesbitt
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202.637.5600
Fax: 202.637.5910

*Court-Appointed Counsel for Defendant*
*Khan Mohammed*

1

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2020, I caused the foregoing Notice of Compliance to be served upon the Filing Users identified below through the Court's Case Management/Electronic Case Files system:

Jamie B. Perry
U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave. NW, Rm. 1264
Washington, DC 20530

*Counsel for the Government*

/s/ Peter Spivack_____
Peter Spivack