

www.greenwichcss.com
info@greenwichcss.com
+93 (0) 775 999 000

## د شاهد د اظهاراتو د ثبت پاڼه

| | | | |
|---|---|---|---|
| ۱ | د شاهد د شهرت د ثبت شمیره: | ۰۹ | |
| ۲ | د شاهد نوم: | نجیب الله | |
| ۳ | د شاهد د پلار نوم: | بسم الله | |
| ۴ | د شاهد دنده: | د لیسې مدیر | |
| ۵ | د شاهد سن: | ۳۸ کاله | |
| ۶ | د شهادت نیټه: | د ۱۳۹۸ ز. کال د لیندی میاشت ۲ یمه | |

### اظهارات

زه نجیب الله د بسم الله زوی چې ۳۸ کاله عمر لرم او د گراتک کلي اوسیدونکی یم، د الله په نوم یادوم چې د خپل په رضا او رغبت راغلی یم چې د خان محمد د قضیې په اړه د حق شهادت ورکړم او قسم یادوم چې هرڅه وایم حقیقت وایم او له حقیقت څخه نور هیڅ نه وایم؛

* زما تولد په هیدیاخیل یا گراتک کې په شپیتم کال کې شوی او له هماغه راهیسې همالته ژوند کوم. زه د شولانۍ انجونو لیسې مدیر یم. زه د ۱۳۸۲ کال را په دی خوا هالته ښوونکی وم خو اوس شپږ میاشتې کیږي چې د مدیر په توگه معرفي شوی یم.

* زه خان محمد داسې پیژنم چې یو خو هغه د کلي سپین ږیری وه او بل بیچاره یو غریب دهقان سړی وه. په ملک توب او سپین ږیری توب کې مصروف وه. کله چې هغه د کلي مشر وه زما عمر هغه وخت لږ خام وه خو مور هغه لیده چې له سپین ږیرو او ملکانو سره جرگو ته تللو. ما هغه سره ډیرې ناستې هم کړي دي. د خان محمد اقتصاد نه ډیر ښه وه او نه ډیر خراب. عادي حالت کې وه. دهقان وه او کله به چې فصل ښه وه نو لوبیا، جوار، الوگان به پې کرل او بیا به پې خرڅول. د کلي تول خلکو همدا کار وه. محیطي او کلیوالی ژوند وه.

* کله چې خان محمد ونیول شه په کلي یو ډول طیارې او ټانگونه راغلل. ډیر پریمانه او د کلي خلک تول پریشانه شول چې خدایه دا څه خبره ده او څه شوي دي. سهار ته چې راغلو خبر شوو چې د خان محمد د کور شاو خوا ته خلک تاویري. چې ورغلو گورو چې خان محمد پې بیولی وه. هلته مو پوښتنه وکړه چې خان محمد پې ولې بیولی هغه خو یو غریب دهقان او بی غرضه شخص ده؟ نو خدای شاهد چې تول د گراتک خلک راتول



دارالوکالة    مشاوران چابک
شماره جواز "5200"
موقعیت: ناحیه دهم - شهرکابل
1398/08/25



Greenwich
Consulting & Support Services
House 3, Lane 3, Right Street 13 Wazir Akbar Khan, Kabul, Afghanistan





شول او ټول خفه وه. خلکو ویلي چي مور خو فکر کوه چي امریکایان خو ډیر پوه او ویننیار خلک دي او بشر

ته ډیر احترام لري او درناوی کوي نو دوی ولي داسي اشتباه وکره. دا خو غریب دهقان سری وه. دا خو ډیر

اسانه یې کولای شو چي ولسوالی یا ولایت ته یې غوبنتلی وه. هغه یو ورځ مخکي هم بنآر ته تللی وه.

* خلکو ویلي چي خان محمد امریکایانو د جلاد خان په شیطانت نیولی. د خلکو ګیله له امریکایانو دا وه چي
امریکایان خو پوه خلک دي ولي د جلاد خان چي یو ډاکو او غل انسان ده په خبره یې دا کار وکر. ولي د
ولسوالی د خلکو، سپین ږیرو یا ولسوال څخه د هغه په اره پوبنتنه ونکره. ولي یې د ولسوالی د انکشافي
شورای له رییس چي ملک محکم خان نومیده پوبنتنه ونکره چي هغه ته ټول کلي او د کلي خلک معلوم وه
او دي. ولي یې د یو غله او ډاکو په خلو په یو غریب دهقان او زره سوانده شخص چاپه واچوله او ویورلو.
خلک ډیر مایوسه وه. امریکایانو به د خان محمد کور لیدلی وي چي څومره غریبانه وه. آیا هغه ارزیده چي
دومره خرچي ورپسي وکري ټانکونو او طیارو سره ورپسي راشي.

* د الله د رضا لپاره وایم چي خان محمد داسي یو شخص وه چي په کلي که ماشوم سره ماشوم وه او له مشر
سره مشر. د هر چا په زره کي یې ځکه ځای درلود چي هغه زره سوانده سری وه او بل دهقان سری وه او کلي
کي همیش ګرځیده او ټولو سره یې ناسته پاسته وه. هغه یو عادي ژوند درلود نو همدا دلیل وه چي د هرچا
ورسره طبعه او مجاز لګیده. هغه یو خنده رویه سری وه.

* د جلاد خان اختلاف خان محمد سره یو خو د خیالي جرګي په ارتباط وو او بل اختلاف یې د انکشافي شورا
د ریاست په سر ورسره وه. کله چي په کلیو کي دا انکشافي شوراګاني جوریدي یو مشکل او ستونزه په اکثریته
کلیو کي رامنځته شوه او خلک له یو بل سره په جنګ شول. د شورای لپاره رییس ټاکل کیده او هر یو ویلي
چي زه رییس کیږم. خان محمد ته د کلي خلکو رایه ورکره او په اکثریت رایو یې وګټله. جلاد خان ته چا رایه
ورنکره او وبایلودله. اولیني اختلاف د دوی ترمنځ له همدی ځایه پیل شو. هلته جلاد خان، خان محمد ته
ګواښ وکر چي زه به دې پری نږدم او د دې غچ به اخلم. ژوندې خو به رانه پاتي نشي. زه د شورای د انتخاباتو
په ورځ هالته وم او دا خبري مي په خپله واوریدلي. زه اماده یم چي دغه شاهدي هر چیري چي وي که امریکي
کي او که بګرام کي هم ورکرم.

* د جرګي اختلاف یې دا وه چي یو وخت خیالي ګل کوچي په جلاد خان دعوای وکره چي له کور څخه یې غلا
کري نو جرګه یې راوبلله. هغه جرګي کي ما خپله ګډون نه درلود خو د دې موضوع او جرګي په اره د مکتب







په اداره کې ښوونکو کیسه کړې وه. ښوونکو ورباندې بحث وه چې د خیالي ګل کوچي په کور یو کس وراوښتی او د ښکو ګاڼي او څه پیسې چې وې هغه یې ورڅخه وړي دي. بیا ښوونکو او خلکو دا ویلي چې دا کار په چپرهار کې یوې ډلې کړی چې مشر یې جلاد خان نومیري. هغه ډله د جلاد خان وه. نور کسان یې هم لرودل او یوه خاصه ډله وه. د دوی کار غلا وه.

* د خیالي ګل دعوای دا وه چې جلاد ورڅخه سره زر او نقده پیسې وړې وې او حتی زنانه و ته په سپکه لیدلي وه. په هغه جرګه کې خان محمد او ملک رضوان او نور مشرانو ګډون کړی وه. دومره معلومات زه لرم چې په هغه جرګه کې جلاد خان پر (ملامت) راغی. نو په دې اساس جلاد خان هالته خان محمد ته ګوته ښندنه (ګواښ) کړې وه چې تا زه ملامت کړم زه به درڅخه غچ اخلم. دا خبره مور ته ملک رضوان او نورو مشرانو چې په جرګه کې یې ګډون کړی وه نقل کړې وه. دغو مشرانو ویل چې جلاد خان هالته د رایو صندوق هم په پټه ووهه. د خان محمد او جلاد خان ترمنځ تربګینیت په کلي کې له پخوا وه.

* جلاد خان د زرین زوی وه او د ګراټک اوسیدونکی وه او هلته یې ژوند کاوه. زه هغه ښه په ټوله مانا په پیژنم. د جلاد خان کار معلوم نه وه خو یواځي دا کار یې معلوم وه چې د خلکو کورونه یې د غلا کول او خپلې لړې چرې کولي. چرګان او پیپسیانې یې خوړلي او کله به چې پیسې یې خلاصي شوې نو بیا به هرې خواته چې یې غلا ورته برابریده کوله یې. په ټولنه کې ټول ورباندې خبر دي. یواځي زه نه بلکه ټول خبر دي.

* جلاد خان په ټوله ولسوالي کې د غله په حیث مشهور ده او ټول خلک ورباندې خبر دي. ده خپله هم د خپلې په غلا فخر کاوه. د بیلګې په توګه ووایم چې زموږ په کلي کې خان آغا د ملا صابر زوی یو باندي کور لري چې دیوار یې نه درلود. هغه د کوټي په بام بیده وه چې دا جلاد خان ورغلی او د کوټي دیوال یې ورته سوری کړی او ختکي یې هم ورته خوړلی. سهار بیا ورته راغلی او ورته یې ویلي چې ختکي دې هم لبر راوړي وه. هغه ورته څه نشوه ویلای ځکه چې ده ډله درلودله. دا خبره یې د ټوله په مخکې وکړه. زه یې شاهد یم. خندل یې او ویل یې.

* موږ کله نا کله د ویري څخه جلاد خان سره خبرې کړي دي. کله به چې چیرې برابر شه او که خبره یې کوله نو موږ به له ویري ورسره خندل. ځان مو ورڅخه ساته. ځکه چې زورواکی وه او ډله یې درلودله. مسلح وه. تفنګچه او ماشیندار یې درلود. جلاد خان داسې سری وه چې هره شپه یې غلا کوله. د شپې یوولس او دوالس بجو پورې یې قیمار وهنه او کله به چې شپه ناوخته شوه په پلان شوي کور وراوښتل. یوه شپه هغه جلاد





www.greenwichcss.com
info@greenwichcss.com
+93 (0) 775 999 000

خان زمور د کاوندي میلمه وه او هلته د هغوی په باغچه کې قیتې کولې. زما والد راغی او ویویلې چي جلاد خان دلته ده او د شپې کور ته مو پام وي. نو هغه شپه مور ټول تر سبا ویښ وو.

* خلک له جلاد خان څخه ویریدل ځکه چي هغه یو غل او ډاره مار سري وه. حتی زمور له کلي بې یو هلک په زور بیولی وه او ورسره یې لواطت کړی وه. نوم یې نه اخلم ځکه چي د هغه شخصیت ته صدمه رسیږي او په کلیوالي توګه ښه نه ده او ستونزه ورته پیښه نه شي. هغوی د خلکو له شرمه او د هغه له ډاره کابل ته لارل او اوس هم کابل کې اوسیږي.

* د خان محمد په اړه خاص د الله لپاره وایم، چي یو بیګناه سری وه او دا تور چي وریاندې لګیدلی وه بې اساسه وه او هغه پورې هیڅ تړاو نه درلود. هغه یو غریبه او ښه سری وه. خو جلاد خان ټولو ته په چپرهار ولسوالي کې د بد سړي په حیث معلوم ده.

زه نجیب الله د ننګرهار ولایت د چپرهار ولسوالی د هیدیاخیل کلي د اوسیدونکې او د شولنې لیسې مدیر په دې پوهیږم چي د افغانستان د قوانینو پر بنسټ د درواغو شهادت جرم ګڼل کیږی، نو د دې پام کې نیولو سره تصدیق کوم چي پورته لیکل شوي زما اظهارات حقیقت او سم دي او دا چي دا اظهارات ما په شنبه ورځ د ۱۳۹۸ کال د لیندۍ میاشت په ۲ یمه نیته په ننګرهار ولایت کې ترسره کړي دي.

د شاهد لاسلیک/د ګوتې نښه:



د وکیل تصدیق:

زه احمد شکیب شیوا چي د افغانستان د قوانینو پر بنسټ د مدافع وکیل په توګه دنده ترسره کوم او د افغانستان د مدافع وکیلانو په ټولنه کې ثبت یم، تصدیق کوم چي پورته اظهارات نجیب الله زما او زما د حقوق همکار په وړاندې د قسم یادولو وروسته په ننګرهار ولایت کې په شنبه ورځ د ۱۳۹۸ کال د لیندۍ میاشت په ۲ یمه نیته ترسره کړه چي مور یې اظهارات په غبریزه بڼه ثبت هم کړل.

د حقوق معاون لاسلیک او نیته:                     د وکیل لاسلیک او نیته:

Greenwich
Consulting & Support Services
House 53, Lane 3 Right, Street 13 Wazir Akbar Khan, Kabul, Afghanistan

دارالوکاله    مشاوران چابک
شماره جواز    "5200"
موقعیت: ناحیه دهم - شهر کابل
1398/08/25

دارالوکاله    مشاوران چابک
شماره جواز    "5200"
موقعیت: ناحیه دهم - شهر کابل
1398/08/25