

www.greenwichcss.com
info@greenwichcss.com
+93 (0) 775 999 000

## د شاهد اظهاراتو د ثبت پاڼه

| | | | |
|---|---|---|---|
| ۱ | د شاهد د شهرت د ثبت شمیره: | ۱۱ | |
| ۲ | د شاهد نوم: | گل رحمن | |
| ۳ | د شاهد د پلار نوم: | محمد آجا | |
| ۴ | د شاهد دنده: | د کلي د جومات مولوي | |
| ۵ | د شاهد سن: | ۴۷ | |
| ۶ | د شهادت نیټه: | د ۱۳۹۸ ز. کال د لیندۍ میاشت ۳ یمه | |

### اظهارات

زه گل رحمن د محمد آجان زوی چې ۴۷ کاله عمر لرم او د ننگرهار ولایت د چپرهارو ولسوالۍ د گراتک کلي اوسیدونکی یم. د الله په نوم قسم یادوم چې د خپل په رضا او رغبت راغلی یم د خان محمد د قضیې په اړه د حق د شهادت ورکړم او قسم یادوم چې هرڅه وایم حقیقت وایم او له حقیقت څخه نور هیڅ نه وایم؛

*   زه د چپرهار ولسوالۍ د مندرخیلو د انجونو د متوسطه ښوونځي کې معلم یم او د اسلامي مضامینو لکه فقه، عربي ژبه او قرانکریم درس ورکوم. زه له پیدایښت څخه هلته ژوند کوم او په توليږه توګه ۴۷ کاله کیږي چې هلته اوسیږم.

*   زه خان محمد سره پیژنم ځکه چې هغه زمور کليوال دی او د کليوالۍ په اساس ورسره پیژنم. څنگه چې ما کلي کې خلکو سره ښه چلند کاوه ده هم راسره ښه چلند کاوه او ما د خان محمد څخه هیڅ بد نه دي لیدلي. خان محمد یو دهقان سړی وه او خپله دهقاني کوله. د هغه اقتصادی وضعیت متوسطه وه. غنم او جوار یې کرل او له هماغه یې نفقه برابروله. له ډیرې مودې کیږي چې هغه می نه دی لیدلی او دقیق معلومات هم نه لرم چې په کابل کې او یا امریکې کې ده.

*   کله چې خان محمد ونیول شه ولس وایلي چې خان محمد خو کوم جرم نه ده کړی چې داسې ورسره وکړه. ولې امریکایانو داسې بې تحقیقه او بې اساس کار وکړ. خلکو ته دا ډیر عجیبه او د مایوسي کار ښکاره شه. خلکو ویل چې دوی د خان محمد په اړه د حقوق بشر ارزښتونه مراعات نکړه.

*   افغانستان کې په ټولنه کې معمول شوي چې که څوک له چا سره یواځې لفظي شخره هم وکړي نو هغه ورته وايي چې زه دې ژوندی نه پریږدم او مړ کوم دې. دغه تعصبات په کليیو کې شته. خان محمد د دغه شانتي تعصباتو قرباني شو حال دا چې د دې مستحق نه وه. هغه داسې مجرم نه وه چې ورسره داسې ظلم وشي.



مشاوران چابک
دار الوکاله
شماره جواز "5200"
موقعیت: ناحیه دهم - ښار کابل
1398/08/25

House 53, Lane 3 Right, Street 13, Wazir Akbar Khan, Kabul, Afghanistan







زموږ ټول قوم حیران وه چې خان محمد یې ولې نیولی ده. د خان محمد برخورد خلکو سره ښه وه او بده رویه یې نه کوله. ټول خلک ورڅخه خوشحال وه او زه هم ورڅخه خوشحال یم.

* ما په مستقیمه له خان محمد سره په کومه جرګه کې کډون نده کړی خو د هغې په اړه معلومات لرم چې خیالي ګل کوچې په کې عارض شوی وه. هغه خبره داسې وه چې هغې جرګه کې خان محمد کډون کړی وه. یو کس د جلاد په نامه در زرین خان زوی چې زموږ د کلي وه د خیالي ګل کوچې څخه یې غلا کړی وه او خیالي ګل ورباندي جرګه رابللې وه. جلاد د دې ترڅنګ نورو څایونو کې هم غلا کړی وه لکه د میاجي صاحب له سیمه یو ماشوم یې تښتولی وه او ورسته یې بیا هغه خرڅ کړی وه. دی په زغو کلي کې هم غلا کړی وه. په دې خبرو د کلي ټول خلک خبر دي. خان محمد جرګو ته د سپین ږیری په توګه تله او فیصلې به یې کولې.

* د جلاد لاره او طریقه غلا وه او خپل عاید او پیسې یې د غلا له لاري ګټلې. هغه یو زورواکی وه او په کارونو کې له زوره کار اخیسته. جلاد خان له خان محمد سره اختلاف درلود او د هغې علت په یوه جرګې کې وه. هالته د خیالي ګل په جرګه کې جلاد خان، خان محمد ته ویلي وه "تا ولې زما په خلاف فیصله وکړه ته خو زما د کلي یې او باید دې زما په ګټه فیصله کړې وه." خلکو ویل چې هلته جلاد خان، خان محمد ته ګوته څنډنه وکړه او ګواښ یې ورته وکړ چې ژوندی دې نه پریږدم.

* کله چې خان محمد ته واقعه پیښنه شوه خلکو ویلې چې دا کار هرو مرو جلاد خان کړی ده. ځکه چې جلاد ورته ویلي وه چې زه له چې تا څخه غچ اخلم. ټول په دې باور وه چې بې له جلاد څخه دا کار نور چا نده کړی.

زه ګل رحمن د ننګرهار ولایت د چپرهار ولسوالۍ د د ګراتک کلي اوسیدونکی په دې پوهیږم چې د افغانستان د قوانینو پر بنسټ د درواغو شهادت جرم ګڼل کیږی، نو د دې پام کې نیولو سره تصدیق کوم چې پورته لیکل شوی زما اظهارات حقیقت او سم دي او دا چې دا اظهارات ما په یکشنبه ورځ د ۱۳۹۸ کال د لیندۍ میاشت په ۳ یمه نیته په ننګرهار ولایت کې ترسره کړي دي.

د شاهد لاسلیک/د ګوتي نښه



_____

**د وکیل تصدیق:**

زه احمد شکیب شیوا چې د افغانستان د قوانینو پر بنسټ د مدافع وکیل په توګه دنده ترسره کوم او د افغانستان د مدافع وکیلانو په ټولنه کې ثبت یم، تصدیق کوم چې پورته اظهارات مولوي ګل رحمن زما او زما د حقوقي همکار په







www.greenwichcss.com

info@greenwichcss.com

+93 (0) 775 999 000

وړاندې د قسم يادولو وروسته په ننگرهار ولايت کې په يکشنبه ورځ د ۱۳۹۸ کال د لیندۍ میاشت په ۳ یمه نیټه

ترسره کړه چې موږ يې اظهارات په غبریزه بڼه ثبت هم کړل.

د حقوق معاون لاسلیک او نیټه:          د وکیل لاسلیک او نیټه:

‎_____          ‎_____

۱۳۹۸، ۹، ۴



دارالوکالة        مشاوران چابک

شماره جواز        "5200"

موقعیت: نلجبه دهم - شهرکابل

1398/08/25

House 53, Lane 3 Right, Street 13 Wazir Akbar Khan, Kabul, Afghanistan