



www.greenwichcss.com

info@greenwichcss.com

+93 (0) 775 999 000

## AFFIDAVIT OF WITNESS DECLARATIONS

| | WITNESS IDENTITY | |
|---|---|---|
| 1 | Witness Registration Ref. No. | 09 |
| 2 | Witness Name | Najibullah |
| 3 | Father's Name | Bismullah |
| 4 | Designation | School Principal |
| 5 | Age | 38 Years |
| 6 | Date of Testimony | Saturday, November 23, 2019 |

### DECLARATIONS

I, Najibullah, S/o Bismullah, being 38 years of age, resident of Garatak village, Chaparhar district, Nangarhar province; and competent to testify, hereby swear upon Allah that I say nothing but the truth and true information on Khan Mohammad, just for the sake of Allah and to perform my religious obligation;

* I was born in Garatak village in 60s and am living there since my birth. I am a principal at Sholana female high school. I was a teacher there since 2003 but was appointed as the principal 6 months ago.

* I know Khan Mohammad for two reasons. The first because he was an elder of our village and the second that he was a poor farmer. He was busy with leadership of the village as an elder. I was not at the age of an elder at the time when Khan Mohammad was the leader of the village but we were seeing him going to Jirgas along with Maleks and elders. I sat with him in different occasions. His economy was normal. He was a farmer and was cultivating beans, corn, potato when it was a good season and was selling them after harvesting. It was a routine work of all the villagers. It was a local and village life.

* For Khan Mohammad's seizure, there were more choppers and tanks arrived to the village. All our villagers were scared and were saying, oh God! What is the matter and what has happened? The next morning, when we come out, we saw there are people walking around Khan Mohammad's house. When we got closer we found out that they took Khan Mohammad with themselves. We were asking each other that why they seized Khan Mohammad, he is a poor farmer and harmless man. It was God witnessed that all residents of Garatak came together and all were sad. They were saying that Americans are wise people and pay more respect to humanity so why they did such a mistake, he



House 53, Lane 3 Right, Street 13 Wazir Akbar Khan, Kabul, Afghanistan





www.greenwichcss.com
info@greenwichcss.com
+93 (0) 775 999 000

was a poor farmer, the could so easily call him to the district administration or the governor's office. He had gone to the city one day ago.

* People were saying that US forces caught Khan Mohammad because of Jalat Khan's false reports. People were blaming the US forces because they believed that Americans are wise, why they did so on the false report provided by Jalat Khan, who was a gangster and robber. Why they haven't inquired about Khan Mohammad from the residents of Chaparhar, elders or the district administrator. Whey they haven't inquired about him from the Chief of District's Development Council who was Malek Mahkam and he knew all the villages and their residents very well. why they raided for seizure of a poor and kind hearted farmer just for the reports provided by a robber and gangster. People were very sad. The US forces who seized Khan Mohammad might have seen Khan Mohammad's house that how simple it was. Did he worth incurring expenses of the choppers and tanks that were deployed for his seizure?

* I declare just for God's sake that Khan Mohammad was as good as he was treating children as a child and elders as an elder. He was beloved by people because he was a kind hearted farmer who was used to walk in the village and visit everyone. He had a simple life that was the reason everyone was temperament with him. He had a smiling face.

* Jalat Khan's conflict and opposition with Khan Mohammad was first on Kheyali Gul's Jirga and the second on elections of the Community Development Council. When the developmental councils were introduced by the government, it created a problem in major of the villages and caused the people encounter with each other for the leadership of the CDCs. It was required to elect an individual from a village as the head of the CDS and everyone wanted to be elected as the head. At our village, people voted to Khan Mohammad and he won the majority of votes in the elections. No one voted to Jalat Khan and he lost. It was the first occasion that their conflict emerged from. There in the elections, Jalat Khan threatened to death by stating that he will revenge and won't let him alive. I was present at the day of elections and heard Jalat threatening Khan Mohammad. I am ready to provide the declaration whether in USA or Bagram.

* The dispute emerged from Kheyali Gul's Jirga was his claim against Jalat Khan for robbing his house. Once, Kheyali Gul Kochai had claimed against Jalat Khan that he robbed his house and therefore, he invited the Jirga. I wasn't available at that Jirga but our fellow teachers were narrating the matter at the school. The teachers were discussing about robbery that happened for Kheyali Gul and that the robber stole jewelry and some



Lane 3 Right, Street 13 Wazir Akbar Khan, Kabul, Afghanistan







www.greenwichcss.com

info@greenwichcss.com

+93 (0) 775 999 000

amount of money from his house. They teachers were also saying that the robbery is done by a group in Chaparhar who's lead is Jalat Khan. The group belonged to Jalat Khan. He had many other people in his group and it was a special one. Their task was doing robbery.

* Jalat Khan is son of Zarin Khan and they are from Garatak village and lived there as well. I know him by all means. He had no known job and the only thing that was clear about him was robbery. He was doing robbery and then spending on orgy and luxuries eating. When his monies were spent, he was doing another robbery from anywhere he could find a chance to rob. It is not only me know about his robbery and bad conduct but everyone at the community know this.

* Jalat Khan has been famous as a thief and robber throughout the Chaparhar district and everyone knows about him. He himself was priding on his robbery. An instance for this is the robbery he did from Khan Agha son of Mulla Saber's house. Khan Agha's house didn't have a surrounding wall. He was used to sleep on the roof. One night, Jalat Khan had made robbery from his house by making a hole in a wall of his room. In addition robbing, he and his men ate melons which were inside his room. The next morning, Jalat Khan came next to Khan Agha and told him that there were very few melons you purchased. Khan Agha could not tell him anything as he was with his gang. He made this statement before people. I was the witness. He was laughing and telling the statement.

* Kheyali Gul had claimed against Jalat that he robbed his jewelry and money and had harassed their women as well. Khan Mohammad, Malek Rezwan and other elders had attended the Jirga. I have information that the Jirga had alleged Jalat Khan for doing the robbery that was why Jalat had threatened Khan Mohammad that he will revenge because Khan Mohammad decided against his favor. This matter was narrated to us by Malek Rezwan and other elders who had attended the Jirga. These elders were also narrating that Jalat Khan had kicked the ballot box as well.

* I have chatted Jalat Khan some times out of the fear we had from him. When we accidently met somewhere and he speak about something, we were replying with smile as we were scaring of him. We were protection ourselves because he was a gangster and warlord. He was armed and had pistol and Kalashnikov. He was doing robber every night. He was gambling until 11 and when it was getting darker, they were entering in their targeted house for robbery. one night, Jalat was a guest at one of our neighbors and they were gambling at the garden. My father came and told us that Jalat is at the neighboring garden so please be careful during night. That night, we all stayed awake until morning.





House 53, Lane 3 Right, Street 13 Wazir Akbar Khan, Kabul, Afghanistan





www.greenwichcss.com

info@greenwichcss.com

+93 (0) 775 999 000

* People were scaring from Jalat Khan because he was a robber and gangster. He had taken with himself a boy from our village and forcefully did sodomy with him. I do not name the boy because it will hurt his personality or create serious problem for him and that as per the customs of the village it is not a good act to disclose his name. The boy's family left Jalalabad and moved to Kabul from Jalat's fear and people's taunts.

* I declare for the sake of Allah that Khan Mohammad was an innocent man and the allegations against him were not true and not affiliated to him. He was a poor and good man but Jalat Khan was known by all residents of the village as a bad man

I, Haji Azizullah Khan, a resident of Mirzayan village of Chaparhar District of Nangarhar province, knowing that provision of false declarations is criminal under the State laws of the Islamic Republic of Afghanistan therefore, I state under penalty of perjury that the forgoing statements are true and correct, and that I executed this declaration on Saturday November 23, 2019 at Nangarhar province of Afghanistan.

Witness signature/fingerprint:

_____

## Affirmation:

I, Ahmad Shakib Shiwa, Attorney Lic. No. 5200 under the State laws of the Islamic Republic of Afghanistan, affirm that the foregoing statements are executed under oath by Najibullah before me and my assistant at Nangarhar province of Afghanistan on Saturday 23rd day of November 2019, and that we have recorded the statements accordingly.

Attorney's Signature:                Legal Assistant's Signature:

دارالوکالة

"5200"   شماره جواز

مشاوران چپک

موقعیت : ناحیه دهم - شهر کابل

1398/08/25

Abdul Samad Hami

Greenwich
Consulting & Support Services

**Attested**

House 53, Lane 3 Right, Street 13 Wazir Akbar Khan, Kabul, Afghanistan