



www.greenwichcss.com

info@greenwichcss.com

+93 (0) 775 999 000

## AFFIDAVIT OF WITNESS DECLARATIONS

| | WITNESS IDENTITY | |
|---|---|---|
| 1 | Witness Registration Ref. No. | 11 |
| 2 | Witness Name | Gul Rahman |
| 3 | Father's Name | Mohammad Ajan |
| 4 | Designation | Religious scholar and mosque preacher |
| 5 | Age | 47 |
| 6 | Date of Testimony | Sunday, November 24, 2019 |

### DECLARATIONS

I, Gul Rahman, S/o Mohammad Ajan, being 47 years of age, resident of Garatak village of Chaparhar district, Nangarhar province; and competent to testify, hereby swear upon Allah that I say nothing but the truth and true information on Khan Mohammad, just for the sake of Allah and to perform my religious obligation;

* I am a teacher in Mandarkhail female school and teach Islamic subjects like jurisprudence, Arabic language and the Holy Quran. I live in Garatak since my birth and it is almost 47 years I live there.

* I know Khan Mohammad for he is our villager. I have good relationship with everyone at the village and Khan Mohammad had too. I haven't experienced any bad conduct and behavior from Khan Mohammad. He was a farmer and had a normal economical life. He was cultivating wheat and corn and was earning for the livelihood of his family. I haven't seen him since long and don't know exactly where he is; whether in Kabul or USA.

* When Khan Mohammad was seized, our people were saying that Khan Mohammad did nothing illegal or criminal that he was seized. They were further saying that why Americans seized him for baseless information and without investigating the matter. It was a surprising and sad practice for our people. They were saying that the values of human rights are not observed in regard to Khan Mohammad

* It has become common in Afghanistan that people threaten others to death even for oral conflicts and disputes. Such grudge and intolerance exist in communities and villages. Khan Mohammad was victim of such grudge and intolerance while he didn't deserve to be treated so. He was not a criminal to seize him and put him in prison for so long. All our people were perplexed on his seizure. Khan Mohammad had a good conduct with people. All the people were pleased for his conduct and I am too.





House 53, Lane 3 Right, Street 18 Wazir Akbar Khan, Kabul, Afghanistan





www.greenwichcss.com

info@greenwichcss.com

+93 (0) 775 999 000

* I didn't attend any Jirga personally with Khan Mohammad but I have information about the Jirga at which the plaintiff was Kheyali Gul Kochai. It was the Jirga at which Khan Mohammad has attended as intermediator. Our villager, named Jalat Khan son of Zarin Khan, had robbed Kheyali Gul's house and therefore Kheyali Gul invited the Jirga to settle their dispute. Jalat had a record of robberies from other villages as well. For instance, he had kidnapped a child from Miaji Sahib village and had sold him later. He made another robbery at Ghezo village. Everyone at our village is aware about these. Khan Mohammad was attending Jirgas and making decision as an elder.

* Jalat's occupation and path was robbery and was earning his income from doing robbery. He was a warlord who was used to use illegal force of his gangster group for his works. Jalat Khan had enmity with Khan Mohammad and its cause was Kheyali Gul's Jirga. Jalat Khan had told Khan Mohammad at the Jirga "why you made a decision against me. You are my villager and must made the decision on my favor." People were narrating that Jalat Khan threatened Khan Mohammad to death there in the Jirga by stating that he won't let him alive.

* When Khan Mohammad was seized, people were stating that there is exactly Jalat's hand behind his seizure because he had threatened him to revenge. All believed that except Jalat, no one has hand in his seizure.

I, Mawlawi Gul Rahman, a resident of Garatak village of Chaparhar District of Nangarhar province, knowing that provision of false declarations is criminal under the State laws of the Islamic Republic of Afghanistan therefore, I state under penalty of perjury that the forgoing statements are true and correct, and that I executed this declaration on Sunday November 24, 2019 at Nangarhar province of Afghanistan.

Witness signature/fingerprint:

_____

**Affirmation:**

I, Ahmad Shakib Shiwa, Attorney Lic. No. 5200 under the State laws of the Islamic Republic of Afghanistan, affirm that the foregoing statements are executed under oath by Mawlawi Gul Rahman before me and my assistant at Nangarhar province of Afghanistan on Sunday 24rd day of November 2019, and that we have recorded the statements accordingly.

Attorney's Signature:                    Legal Assistant's Signature:

دارالوکالة
"5200"
شماره جواز
موقعیت: نلجیه دهم - شهر کابل
1398/08/25

Attested

House 53, Lane 3 Right, Street 3 Wazir Akbar Khan, Kabul, Afghanistan

Greenwich
Consulting & Support Services