# EXHIBIT C

Trial Testimony Excerpts

United States v. Khan Mohammed
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Friday, May 9, 2008 - P.M. Session |
|---|---|
| 45 / 3 - 6 | MR. STIGLITZ:<br><br>Line 10 toward the bottom. When he says, "I have some weapons and the fact that you got these things, it is very good news." What is he talking about?<br><br>A Missiles. |
| 45 / 10 - 13 | Q Now, on Line 14, why is Khan Mohammed concerned that we cannot reveal our secret to others?<br><br>A Because if he would tell someone else, they would know about our activities that we are involved. |
| 45 / 18 - 25 | BY MR. STIGLITZ:<br><br>Q On Line 16, Khan Mohammed says, "We'll bury this away from home. This is a disgraceful act and there are many informers." What are you and Khan Mohammed talking about at this point?<br><br>A He is trying to tell me that we would keep this away from our home somewhere because there are informers and they may report him to the government and we may get arrested. |
| 46 / 1 – 4 | Q But when he refers to this being a disgraceful act, what is Khan Mohammed saying?<br><br>A He is trying to tell me that we should keep it away from here. If the government know, they would arrest us. |
| 46 / 8 - 16 | BY MR. STIGLITZ:<br><br>Q Now, Khan Mohammed says, "I will also blow up the mines there. I have blown them up around the Dagosar and blown them up around the Red Castle." What is Khan Mohammed telling you he has done when he says this?<br><br>THE INTERPRETER: What line? Where are we?<br><br>MR. STIGLITZ: I'm sorry, Line 24.<br><br>THE WITNESS: He says that I blowing up mines in Dagosar and the Red Castle too. |
| 46 / 21 - 25 | Q And on the next line, the next sentence, when he says, "The fact that you are my new associate, this is a secret between you and me." What is Khan Mohammed telling you there?<br><br>A He tries to tell me that I should not reveal my secret to anyone else. This should only be between me and you. |
| 47 / 1 - 4 | Q Then he says, "then God willing, there is money and everything in this." What is Khan Mohammed saying?<br><br>A He is trying to say that, if we do this together, then there is money in it. The Taliban would pay us money. |

1

\\DC - 057127/000210 - 4676633 v1

Case 1:06-cr-00357-CKK Document 225-1 Filed 06/03/22 Page 3 of 16

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Friday, May 9, 2008 - P.M. Session |
|---|---|
| 47 / 5 - 11 | Q Finally, in the last sentence he says, "These are infidels, and we will kill them and we will continue our Jihad with blessing."  Now, my first question to you is who is Khan Mohammed referring to when he uses the term infidels?<br><br>A The foreign, the foreign forces that came to Afghanistan, that is what he mean. |
| 47 / 12 - 15 | Q And when he says, when he uses the term Jihad, what's your understanding of what that term means?<br><br>A Jihad is something when we were fighting against the Russian, and the people there used to call that fight a Jihad. |
| 48 / 19 - 21 | Q When he says, "these people want you to go to Kunar," who is he talking about?<br><br>A The Taliban. |
| 48 / 24 – 49 / 3 | BY MR. STIGLITZ:<br><br>Q      Now, Line 26, it's on Page 4 at the top when he says, "We can place and explode bombs and fire missiles toward the airport," which airport is he talking about?<br><br>A Jalalabad airport. |
| 49 / 9 - 16 | BY MR. ROTHSTEIN:<br><br>Q Line 30 when he says, "What they do is to kill the Americans." And later they say, "If we have to fire the missiles." And at the bottom of Line 30, he says, "God willing, we and you will keep doing our Jihad." When he's referring to they and we, who is Khan Mohammed referring to here?<br><br>A He means Americans. |
| 49 / 17 - 19 | Well, when he says, "what they do is to kill the Americans," who is Khan Mohammed talking about?<br><br>A They do means the Taliban. |
| 49 / 20 - 24 | Q And when he says, if we have to fire -- well, let me go to the bottom. When he says, "God willing, we and you will keep doing our Jihad," who is he talking about when he says we?<br><br>A Me and himself. |
| 50 / 2 - 6 | BY MR. STIGLITZ:<br><br>Q Okay. On Line 34 or Line 32, when Khan Mohammed says, "God willing, I will take you there and make you sit there," what is Khan Mohammed talking about?<br><br>A He mean where Abdul Rahman and Habib Zai. |

2

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Friday, May 9, 2008 - P.M. Session |
|---|---|
| 51 / 1 - 6 | BY MR. STIGLITZ:<br><br>Q Ending at the bottom of Page 5, what is it that Khan Mohammed is telling you at this point?<br><br>A He is telling me that, "We're here to attack the county office or the Americans, and, God willing, we will do this attack." |
| 51 / 12 - 18 | Q Okay. And toward the bottom of Line 38, when he says, "God willing, we will take it back from them. These are infidels, and we have to eliminate them." What is he talking about taking back?<br><br>A He is telling me that these are infidels. We're here to get them out of Afghanistan and this should be between me and you. |
| 51 / 19 - 24 | Q Well, at the bottom, he says, "Look, make sure that you don't let anyone know this. It is something only between the two of us." Why doesn't he want you to let anybody know about this?<br><br>A If some other people know, then they report to the government. |
| 52 / 6 - 10 | BY MR. STIGLITZ:<br><br>Q On Line 40, when Khan Mohammed says, "And it is our law that one should not share all the secrets with a friend," whose law is he referring to?<br><br>A The Taliban's law. |
| 52 / 18 - 22 | Q So when he says on Line 44, "When you do an attack, if successful, then we will give you a lot of money. We will not forget about you," who is he talking about?<br><br>A He was telling me, if we are successful in these attacks, then we will pay you a lot of money. |
| 52 / 26 – 53 / 5 | Q So in Line 45 when you ask him, "You and Habib Zai and Qari Abdul Rahman are together in this," And he responds, "Abdul Rahman, Habibzai in our word are the same," what is he telling you?<br><br>A He is trying to tell me that the three of us, what we say, our word is the same. |
| 53 / 6 - 10 | Q When he says, "We are his people and with him we make our program" -- this is at the bottom of Line 6, top of Line 7, when he refers to "program," what does that word mean?<br><br>A He said that we are successful in these attacks, then we would make our own program. |

3

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

United States v. Khan Mohammed
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 6 / 8 - 12 | BY MR. STIGLITZ:<br><br>Q. On Line 48 when Khan Mohammed tells you: If we are successful, I will get you a very high position. What is Khan Mohammed telling you there?<br><br>A. Yes. |
| 6 / 17 - 23 | BY MR. STIGLITZ:<br><br>Q. Mr. Jaweed, on Line 50 in the middle when Khan Mohammed says: We fired rockets at the county chief office and they paid us 300,000 rupees for one night program. What exactly is he referring to there?<br><br>A. He had attacked the county office and he got 300,000 rupees. |
| 6 / 24 - 25 | From whom?<br><br>A. The Taliban paid him that. |
| 7 / 1 – 5 | Q. And so when he says: God willing, if you do a program, then I will take 200,000 or 300,000 for you, too. What does Khan Mohammed say?<br><br>A. If you also take part in that attack or you attack them, we will also -- I will take 300,000 rupees for you. |
| 7 / 11 – 13 | Q. And when he responds: They told us we should get the equipment. What is Khan Mohammed saying?<br><br>A. Missiles. |
| 7 / 14 – 16 | Q. When he says: They told us we should get the equipment, who is he talking about?<br><br>A. Abdul Rahman and Habib Zai. |
| 7 / 17 - 19 | Q. And, again, when he refers to the program, what does the word program mean in these conversations?<br><br>A. The attack or war. |
| 7 / 22 – 8 / 2 | BY MR. STIGLITZ:<br><br>Q. Now, what are you and Khan Mohammed discussing here on Lines 57 through 60?<br><br>INTERPRETER: My book does not have that lines, but I can just tell him that.<br><br>THE WITNESS: He is talking about the missiles. |

4

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 8 / 3 - 10 | Okay. And on Line 58 in the middle when he says: But there is a garden down there, you and I will take them there and place them there as long as no one knows about them. What is -- what exactly is Khan Mohammed talking about at this point?<br><br>A. We will bury the missiles in the garden so nobody else should know. |
| 8 / 11 - 12 | Q. And which garden was he talking about?<br><br>A. It was next to his house -- to his compound. |
| 8 / 13 - 16 | Q. Why is it that he doesn't want to keep them in his house itself?<br><br>A. Because if the Government people search the housesometime, and he was afraid that they would arrest him. |
| 8 / 19 - 24 | BY MR. STIGLITZ:<br><br>Q. On Line 68 when Khan Mohammed says: We will put this thing together in a place and once those guys come here, I will get you 20,000 instead of 8,000 from them. Who are the guys that he's referring to coming?<br><br>A. The Talibans. |
| 9 / 9 - 12 | Q. Why was Khan Mohammed concerned about continuing the conversation with somebody else coming by?<br><br>A. Because this kind conversation no one share it with everyone or with others. |
| 9 / 18 - 25 | BY MR. STIGLITZ:<br><br>Q. Now, Khan Mohammed says, on the middle of Line 80: Jihad is allowed religiously against the infidels and if a Muslim is on their side and gets shot, the hell with them. What is Khan Mohammed telling you there?<br><br>A. What he was trying to say, that the foreigners who are here, if any Afghani national is with them, the Jihad is okay with them, too. |
| 10 / 7 - 14 | BY MR. STIGLITZ:<br><br>Q. When Khan Mohammed says: Habib Zai, Abdul Ragman and all of them will come after a few days. They called and said that they were coming -- that they are coming. What is Khan Mohammed telling you?<br><br>A. He said that they are coming here. Whatever program they suggest, we will get money for you, too, if we execute the program. |

5

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 19 / 7 - 14 | BY MR. STIGLITZ:<br><br>Q. And he responds on Line 6, Khan Mohammed: I have the source and will find good stuff for him. And then he continues: *As* long as he keeps the secret of mine and yours in the future. What is Khan Mohammed telling you there?<br><br>A. He is trying to say as long as he does not reveal our secret and the government does not get us or he does not report to the government. |
| 19 / 15 – 17 | Q. And is this the secret relating to opium or is this the secret relating to the missiles?<br><br>A.    The opium. |
| 19 / 18 - 21 | Q. Why is it that he would be afraid that your friend would report this conversation concerning opium?<br><br>A. Because people are scared or afraid, afraid that someone may reveal their secret. |
| 21 / 14 – 19 | BY MR. STIGLITZ:<br><br>Q. Line 18, when Khan Mohammed says in the first sentence: We'll bury it in such a place. And then later on he says: You and I together would fire it and both of us will manage it. What is it that Khan Mohammed is referring to?<br><br>A.    The missiles. |
| 21 / 20 - 25 | And then later when he says: Then the next morning we will both stay away and both of us will go to Peshawar and will take the money from those people. What is Khan Mohammed' telling you here?<br><br>A. He is trying to say that we will obtain the money from the Taliban, the money of the missiles. |
| 22 / 1 – 3 | Q. And when he's referring to the Taliban here, who specifically is he talking about?<br><br>A. Qari Abdul Rahman and Habib Zai. |
| 22 / 9 - 12 | Q. And then still on Line 18, when he says: We will arrange a program, with blessing. Again, what is Khan Mohammed talking about there?<br><br>A.    To attack. |
| 22 / 24 – 23 / 3 | Q. And on Line 24, when he says: I have also found some material, some rockets and bullets, too. What is Khan Mohammed telling you there?<br><br>A. The weapons and other thing, he said, I have it in my possession. |

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 23 / 6 - 10 | BY MR. STIGLITZ:<br><br>Q. Now, on Line 34, the last sentence Khan Mohammed says: Once it is placed there, then you are not responsible for it.  What is Khan Mohammed talking about?<br><br>A.      It is about the missiles. |
| 23 / 11 - 13 | Q. And when he says: Once its placed there, what's he talking about?<br><br>A. He said tomorrow he will place it in somewhere. |
| 23 / 16 - 22 | BY MR. STIGLITZ:<br><br>Q. Now, at the bottom of Page 5, Line 42, Khan Mohammed says: God willing, will make you griefless in the next two days, and then, God willing, we will be free for our program. What is Khan Mohammed talking about?<br><br>A. He said he will take over this thing in the next two days and you will be okay then. |
| 23 / 23 - 24 | Q. Which thing is he talking about?<br><br>A.      The missiles. |
| 24 / 16 - 19 | Q. And when he responds. You a flower of your father, <u>our</u> friendship will be continuous. What is Khan Mohammed saying to you?<br><br>A. That he is trying to say thank you very much. |
| 24 / 22 – 25 / 1 | BY MR. STIGLITZ:<br><br>Q.      On Line 58, Khan Mohammed refers to, those guys might say why are they standing here? Who is Khan Mohammed talking about?<br><br>A.      The villagers. |
| 25 / 17 - 22 | Q. On Line 60 when Khan Mohammed says: I will, God willing, speak with them, this will be done and that, too, and the work will be ready. Who is Khan Mohammed talking about speaking with?<br><br>MR. VANEGAS: Objection, Your Honor, can we approach?<br><br>SIDEBAR ON THE RECORD AS FOLLOWS:<br><br>MR. VANEGAS: Your Honor, I think that some of these questions call for just speculation and there's no foundation leading up to it. He basically just says, who's he talking about, and I think he's making a conclusion that Mr. Mohammed is actually thinking something and it doesn't seem like there's a road to it as far as – he's just – he's asking for a speculation, and that's how it comes out. |

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

United States v. Khan Mohammed
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 28 / 15 – 20 | Q. And then on Line 68 when Khan Mohammed says: God willing, those people would get successful and they would get a high position for you in this. What position is Khan Mohammed telling you about here?<br><br>A. He was trying to say that the Taliban would get successful and we would get you a high position. |
| 28 / 23 – 29 / 5 | BY MR. STIGLITZ:<br><br>Q. On Line 76, Khan Mohammed says: We will assign a place, we will dig a hole and then we will bury it for thpolice station. What is Khan Mohammed telling you or talking to you about burying?<br>A. He is trying to talk about the missiles. He is saying that we will bury them there and we'll aim it, the target would be the police office of Chaprahar. |
| 33 / 2 - 9 | BY MR. STIGLITZ:<br><br>Q. On Line 24, Khan Mohammed says: Tomorrow those people will show up and what answer should we give them? They will demand this from us. Then what shall we do? What is Khan Mohammed telling you here?<br><br>A. He's trying to mention the Talibans, that the Talibans are coming, and they will demand the missiles, then what should we tell them. |
| 33 / 10 - 13 | Q. Why is Khan Mohammed concerned about what you guys are going to tell the Taliban when they come?<br><br>A. Because when they come they would get ready to attack, and if there are no items, then it is bad -- it looks bad. |
| 35 / 4 - 9 | Q. When Khan Mohammed responds on Line 28: So, now find a way to get it, find the way because when those people come here, they will ask us. What is Khan Mohammed saying to you in response?<br><br>A. He's talking about the Taliban, if they come, he says, they would ask us. |
| 35 / 12 - 17 | BY MR. STIGLITZ:<br><br>Q. On Line 32, Khan Mohammed instructs you: OK, for now find some material, the thing is when these people come here, they will ask me. What material is Khan Mohammed asking you to find?<br><br>A.      The missiles. |
| 35 / 18 - 20 | Q. And when he says: These people come here, they will ask me. Who is he talking about?<br><br>A. Abdul Rahman and Habib Zai. |

8

Trial Testimony Excerpts

United States v. Khan Mohammed
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 36 / 8 - 10 | Q. So, when he says 14, that's in thousands that he's talking about?<br><br>A. Yes. |
| 36 / 22 - 24 | Q. And when he responds, on Line 36: It is on 14. What is Khan Mohammed telling you in response?<br><br>A.       The opium. |
| 37 / 4 - 7 | Q. And then he says in the same Paragraph 36: This operation is ruined and you acted very bad in this work. What is Khan Mohammed accusing you of here?<br><br>A. The fact that the missiles were lost. |
| 37 / 15 - 20 | Q. When he responds: They called and they are coming in a few days. When they come, we will make our plan for them. What is Khan Mohammed telling you?„„„<br><br>A. He is trying to say that they did call over the phone and they are coming in a few days. Then we will make a program of attack, we will schedule an attack. |
| 37 / 21 – 38/ 1 | Q. Line 48, when he says: Once we speak to them, then, goodness, we will set the program. You work and we will do the work. The infidels need to be killed. What is Khan Mohammed telling you here?<br><br>A. He is trying to say to schedule a program where we willdo the work and we should kill the infidels. |
| 38 / 2 - 3 | Q. Who are the infidels?<br><br>A. The foreigners who came to Afghanistan. |
| 38 / 4 - 8 | Q. When Khan Mohammed says in Line 50: No, God willing, we will take it back from them. What is he referring to taking back?<br><br>A. He's trying to say that we will take over Afghanistan back from them. |
| 38 / 15 - 20 | BY MR. STIGLITZ:<br><br>Q. Now, on Line 58, during this conversation when Khan Mohammed tells you: Don't speak loud, someone will hear it. What is he telling you here?<br><br>A. He's trying to say to make sure that no one hear us, they may report to the government. |
| 38 / 23 – 39 / 3 | BY MR. STIGLITZ:<br><br>Q. On Line 68, Khan Mohammed says: Just to see them and after I visit -- after the visit I will come back. Will spend 2-3 nights. Who is Khan Mohammed talking about visiting here?<br><br>A. He's speaking about Qari Abdul Rahman and Habib Zai. |

9

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 39 / 4 - 9 | Q. And then he says on Line 70: Or they may come here then with, goodness, will set the program here. You try your part till I finalize with them down there. First of all, where is he talking about -- if he's going to meet them, where is he talking about meeting them?<br><br>A. To Chaprahar. |
| 39 / 10 - 13 | Q. When he says: Once they come here then with, goodness, will set the program here. What is Khan Mohammed talking about?<br><br>A. To attack, that is what he mean. |
| 39 / 14 – 17 | Q. And when he tells you: You try your part till I finalize with them down there. What part is he telling you to fulfill?<br><br>A. You just do what you have to do and I'll speak to them. |
| 40 / 5 - 11 | Q. And when Khan Mohammed says on Line 78: Yes, we will tightly and firmly load it in our car and bring it. They don't search around noon time. What is Khan Mohammed talking about loading and who is he talking about doing searches?<br><br>A. He's trying to say that I have my own car, we will use it to bring them here around noon time. There is no search around that time. |
| 40 / 15 - 17 | Q. And who is he concerned with doing searches around noon time?<br><br>A. The government. |
| 49 / 12 - 17 | Q. When raw opium is -- let me strike that. When he says: The pads I had in home were not much and I had some of my opium in home and some of Mula Razak. What is Khan. Mohammed telling you here?<br><br>A. He's telling me that I had some opium but I sold it, and then I got some pads of opium from Mula Razak. |
| 49 / 20 - 24 | Q. So he talks about the activities of this government were unpredictable. What is Khan Mohammed -- and this was on Line 150, what is Khan Mohammed telling you there?<br><br>A. He's trying to say if we deal with opium a lot more, the government would arrest us. |
| 49 / 25 – 50 / 5 | Q.      So, in Line 152 he tells you: I was collecting opium and then wanted to sell all at one time. What is Khan Mohammed telling you there?<br><br>A. He's trying to tell me that the opium I had, I sold it and now I'm not selling it anymore because this government may arrest me. |

10

Trial Testimony Excerpts

United States v. Khan Mohammed
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 50 / 6 - 10 | Q.      So, on Line 154, when you say: The loss is in ten thousands and the profit is none. What is Than Mohammed saying there?.<br><br>A. He says if we do it more often then the loss is a lot,  but the profit is not much. |
| 50 / 13 - 17 | BY MR. STIGLITZ:<br><br>Q. On Line 158, he says: But the price of opium has come down. So, he is still talking about opium prices here, correct?<br><br>A. Yes. |
| 50 / 18 - 25 | Q. And you respond -- well, on Line 162, when Khan Mohammed says: About opium on Monday afternoon, tomorrow is Monday, will speak with someone in town. What is the significance of Mondays in terms of speaking to somebody about opium?<br><br>A. On Mondays he's speaking with the dealers and he's telling them to get good opium and he want to find out the rate. |
| 51 / 11 - 13 | Q. And when Khan Mohammed -- still on 162 says: If we find one mann, half a mann, 20 mann. What is a mann?<br><br>A. One mann is equal to six kilos. |
| 51 / 14 - 17 | Q. And when Khan Mohammed says: We will get a kind of deal that something would be left over for you, too. What is he referring to there?<br><br>A.      I will get commission. |
| 51 / 25 – 52 / 3 | Q. And when Khan Mohammed replies: Even if there is 2,000, this will be enough. What is Khan saying there?<br><br>A. He is telling me, even if you and I have 2,000, this will be enough. |
| 52 / 6 - 11 | BY MR. STIGLITZ:<br><br>Q. Khan Mohammed on Line 170 says: To make him happy, we will buy him good opium so he can also promote us with himself. What is Khan Mohammed telling you?<br><br>A. He's trying to say that we will get good stuff for him so he will be happy. |
| 52 / 12 - 15 | Q. Why is that important to Khan Mohammed?<br><br>A. It is important by him because if we get good opium for him then the person would buy from us again and again, and this would be good for our business. |

11

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 53 / 5 - 16 | BY MR. STIGLITZ:<br><br>Q. On Line 176, what is Khan Mohammed talking about at this point in the conversation?<br><br>A. I did not understand the whole thing. Can you repeat the whole thing?<br><br>Q. Sure. Well, let me -- Khan Mohammed says: I told him, if you want the truth, I am doing nothing and I am just wondering around here and there. He then asked me why? And I said, I don't have money and I am broke. Who is Khan Mohammed talking about -- he's obviously talking about a conversation he had with somebody, who was he talking about speaking with?<br><br>A. He's speaking about someone from the same village. |
| 53 / 17 - 25 | Q. And when he says -- when Khan Mohammed says: He said that he will give me the money of five or six seyrs, Haji would give me the money of five six seyr and you collect the money of four seyr from Malik. What is he talking about between he and this other person?<br><br>A. Someone had told him that he would give him money to buy five or six seyrs of opium. And another person will give him money for six seyrs of opium, and you will collect this money and we'll start dealing the opium. |
| 54 / 17 - 23 | BY MR. STIGLITZ:<br><br>Q. And when you say, on Line 177: You will be rich. And he says: You know, I swear that this will not double up my money. Then we sat there and drunk tea. What is Khan Mohammed telling you there?<br><br>A. I was telling him that our business would get much better, and he said, yes, okay, it would get better. |
| 57 / 25 – 58 / 4 | Q. And when he says we will take the good one with us and leave the bad one to them. What is Khan Mohammed talking about?<br><br>A. This means that we will select the good opium and would leave them the bad one. |
| 62 / 13 – 17 | Q. And on Line 18, he says: This will be ready, people are also afraid. I will already have that thing ready for him, will be in my possession and will weigh it for him from my own house. What is Khan Mohammed talking about here?<br><br>A. He's speaking about the opium. |
| 62 / 18 - 21 | Q. Right, but when he says: People are also afraid. Who are the people he's talking about and why are they afraid?<br><br>A. The supplier of the opium he's talking about, and he says, they are afraid. |

12

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – A.M. Session |
|---|---|
| 62 / 25 – 63 / 3 | Q. So when he says: We will weigh it for him from my own house, what is Khan Mohammed telling you?<br><br>A. He's trying to say that I will weigh it and I will get you the stuff. |
| 64 / 1 - 4 | Q. So, when Khan Mohammed says on Line 23: The people from down there are on the move and this thing will take some days. What is he telling you?<br><br>A. He's trying to say that they would come in a few days. |
| 65 / 13 - 16 | Q. And when he says on Line 29: I have not yet reported to them about that. I have told them that I still have it with me. What is Khan Mohammed telling you?<br><br>A.      The missiles. |
| 66 / 18 - 22 | Q. Now, on Line 39, Khan Mohammed says: Tell him as much as you need we have it. Who is he telling you to tell this to?<br><br>A. He's talking about the opium, what he need I can find it and it is available. |
| 67 / 10 - 15 | Q. And when Khan Mohammed responds, on Line 44: Once we have money, then the money will keep coming. What is Khan Mohammed telling you there?<br><br>A. He's trying to say that once we have more money invested or more capital, then more it will generate more money and commission. |
| 67 / 18 – 23 | BY MR. STIGLITZ:<br><br>Q. On Line 46 when he says: Then tomorrow is our deal. Come here for as much as he needs. What is Khan Mohammed telling you will happen the following day, tomorrow?<br><br>A. He's telling me, come to the market tomorrow, whatever opium they need, we will get it for them. |
| 68 / 17 - 25 | BY MR. STIGLITZ:<br><br>Q. Okay. At Line 56 there when Khan Mohammed tells you: Just don't walk in and out so much, there are many informers, and don't just stand up there so no one will observe us. What is Khan Mohammed telling you here?<br><br>A. He's telling me that we should not see very open because there are the informers of the government around. If they see us together, they will get us suspicious, and I should not come there very often. |

13

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

United States v. Khan Mohammed
Criminal Case No. 06-357

| Page / Lines | Testimony<br>Monday, May 12, 2008 – 2:00 P.M. Session |
|---|---|
| 17 / 9 - 15 | BY MR. STIGLITZ:<br><br>Q. Now, on Line 61, when Khan Mohammed is talking about these other people, Wahidullah and Ehsani, when he says they also got it. What is he talking about?<br><br>A He is talking to them, saying that these people also had opium, but I did not buy from them. I want to buy from you. You must give us good opium. |
| 17 / 16 - 18 | Q. So these other people he's referring to, are these people from the market, the day or two before hand?<br><br>A Yes, the other people at the market. |
| 40 / 20-23 | Q. In response, he says, "Good, may God turn all the infidels to dead corpses." Which infidels is Khan Mohammed referring to?<br><br>A The Americans and the British. |
| 41 / 25 – 42 / 2 | Q When he responds, in Line 28, "may God make it better, what is Khan Mohammed telling you there?<br><br>A He said eventually it will get bigger. |
| 42 / 5 – 11 | Q. MR. STIGLITZ:<br><br>On Line 30, Khan Mohammed brings up the rockets. He says, "Just take these few rockets and if you are unable, then we will take it." Which rockets is Khan Mohammed talking about here?<br><br>A He is talking about the missiles. He tells me to get the missile. If you cannot find it, then I will find it. |
| 43 / 1 – 5 | Q. So when Khan Mohammed responds, "May God eliminate them right now and we will eliminate them too, whether it is by opium or by shooting, this is our common goal," who is Khan Mohammed talking about eliminating?<br><br>A The American, the British and the others. |
| 43 / 6 – 9 | Q. It continues on Line 36, "About those people, they're coming. They're going to call today or tomorrow." Which people is he talking about?<br><br>A He is speaking about Abdul Rahman and Habibzai. |
| 44 / 9 – 13 | Q. And on Line 50, he tells you to speak a little slower, someone may hear our voice. What's going on at this point? Why is Khan Mohammed telling you this?<br><br>A He is telling me that it is night time, to make sure that nobody hear us, some people might be outside. |

14

\\DC - 057127/000210 - 4676633 v1

Trial Testimony Excerpts

<u>United States v. Khan Mohammed</u>
Criminal Case No. 06-357

| Page / Lines | **Testimony**<br>**Monday, May 12, 2008 – 2:00 P.M. Session** |
|---|---|
| 44 / 14 – 15 | Q. Why would he be concerned that somebody would hear you? A To make sure that no one would hear us. |
| 44 / 16 – 19 | Q. Yeah, but why doesn't he want anyone to hear you?<br><br>A Because he is afraid, everybody is afraid that the government may know or someone may report him to the government that they're working with opium or rockets. |
| 47 / 21 - 25 | Q. When Khan Mohammed responds, "It is easy, buddy. There's a lot of powder, but it is expensive," what do you understand him to be telling you?<br><br>A He is telling me that there are a lot of heroin but the price is high. |

15

\\DC - 057127/000210 - 4676633 v1